UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| Troy W. Peterson, | ) | |
| | ) | Case Number:  8:20-CV-00293 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER ON FINAL** |
| | ) | **PRETRIAL CONFERENCE** |
| | **)** | |
| Union Pacific Railroad Company, | ) | |
| a Delaware corporation, | ) | |
| | ) | |
| Defendant. | ) | |

A final pretrial conference was held on the 23rd day of September, 2021.  Appearing for the parties as counsel were:

For Plaintiff:
Joshua Miller
Paul Banker
Hunegs, LeNeave & Kvas, P.A.

For Defendant:
Torry N. Garland, Neb. Bar. No. 21624
Reha Dallon
Union Pacific Railroad Company

(A)     Exhibits.  See attached Exhibit Lists.

(B)     Uncontroverted Facts.  The parties have agreed that the following may be accepted as established facts for purposes of this case only:

Union Pacific is a common carrier by rail engaged in interstate commerce. On November 4, 2018, Plaintiff was employed by Union Pacific as a conductor.

(C)     Controverted and Unresolved Issues.  The issues remaining to be determined and unresolved matters for the court's attention are:

 Union Pacific has a *Daubert* motion pending before the Court.

The parties have pending motions *in limine* before the Court.

**Plaintiff's Statement of Controverted Issues**:

Plaintiff' pending lawsuit seeks to recover damages for injuries suffered on November 4, 2018, while working as a conductor for Defendant UPRR near Hutchinson, Kansas. Peterson's Complaint is brought under the Federal Employers' Liability Act ("FELA" or "Act"), 45 U.S.C. §§ 51-60. As stated in the Act, the FELA is based on negligence, so the common-law elements of negligence are applicable including duty, breach, causation, and damages. Defendant had a duty to provide Peterson with a reasonably safe workplace. Plaintiff alleges Defendant breached its duty through its failure to: adopt reasonably safe procedures, properly train, and/or to enforce its own rules. Plaintiff further alleges Defendant breached its duty to reasonably inspect, repair, and/or warn Plaintiff of unsafe conditions existing at the time of his incident. Additionally, Plaintiff alleges that Defendant's negligent conduct caused, in whole or in part, no matter how small, Plaintiff's injuries and damages.  Plaintiff claims damages for past wage losses and loss of future earning capacity in an amount exceeding $1,077,000. Plaintiff further claims damages in the form of past and future pain, suffering, and loss of enjoyment of life in an amount to be determined by the finders of fact.

**Union Pacific's Statement of Controverted Issues:**

1)  Whether Union Pacific exercised reasonable care to provide Plaintiff a reasonably safe workplace on November 4, 2018.

2)  Whether Plaintiff was injured while working for Union Pacific on November 4, 2018.

3)  Whether an act of negligence of Union Pacific caused Plaintiff's alleged injury.

4)  Whether Plaintiff exercised reasonable care for his own safety on November 4, 2018.

5)  Whether Plaintiff's own negligence caused or contributed to his alleged injury.

6)  The nature and extent of Plaintiff's alleged injuries.

7)  The nature and extent of any damages available to Plaintiff.

8)  Whether Plaintiff failed to mitigate his damages.

(D)   Witnesses.  All witnesses, including rebuttal witnesses, expected to be called to testify by plaintiff, except those who may be called for impeachment purposes as defined in NECivR 16.2(c) only, are:

See attached Witness Lists.

Plaintiff objects to Defendant's Witness list based on FRCP 37(c) to witnesses on Defendant's witness list who were not disclosed per FRCP 26(a)(1)(A)(i), including Adam Fisher, Kristi A. Girard-Deardorff, Erin Brown, and Dr. Brennen Lucas.  Plaintiff has made a motion in limine regarding the exclusion of such witnesses. Defendant's witness list, however, exposes additional improper witnesses. Defendant never disclosed Ms. Girard-Deardorff. Additionally, not only was Erin Brown never disclosed as a witness per FRCP 26(a)(1)(A)(i), the deadline for trial depositions in this case was 6/1/21, which the parties extended for certain specified witnesses to 9/3/21. Defendant never disclosed Erin Brown, nevertheless, did not seek to have her trial deposition taken. Plaintiff, furthermore, objects to Defendant calling Dr. Brennen Lucas as a trial witness. Defendant not only never disclosed Dr. Lucas as a witness per FRCP 26(a)(1)(A)(i), but Defendant also never disclosed that it would seek to present expert testimony from him under FRCP 26(a)(2). Accordingly, the Court should exclude Defendant from calling Adam Fisher, Kristi A. Girard-Deardorff, Erin Brown, and Dr. Brennen Lucas under FRCP 37(c).

All witnesses expected to be called to testify by defendant, except those who may be called for impeachment purposes as defined in NECivR 16.2(c) only, are:

It is understood that, except upon a showing of good cause, no witness whose name and address does not appear herein shall be permitted to testify over objection for any purpose except impeachment.  A witness who has been identified as offering testimony solely to establish foundation for an exhibit shall not be permitted to testify for any other purpose, over objection, unless such witness has been disclosed pursuant to Federal Rule of Civil Procedure 26(a)(3). A witness appearing on any party's witness list may be called by any other party.

3

(E)     Expert Witnesses' Qualifications.   Experts to be called by plaintiff and their

qualifications are:

Jeffrey B. Opp
399 Perry Street, Suite 201
Castle Rock, CO 80104

Mr. Opp will testify concerning his training and experience in the field of economics. He
will testify concerning the amount of Plaintiff's past and future wage loss and loss of fringe
benefits. Mr. Opp will testify concerning the concept of present value, the selection of a
discount rate, and the present value of Plaintiff's economic loss. He is also expected to
testify to present economic conditions and trends of employment and unemployment. (CV
Attached.)

Terry L. Cordray, M.S., CCM, CRC, ABVE, LPC
Rehabilitation Expertise, LLC
10000 W. 75th Street, Suite 200
Shawnee, KS 66204

Mr. Cordray will testify based upon his training, education, and experience in the field of
vocational rehabilitation, and review of documents listed in his report.  Mr. Cordray is
expected to testify regarding the impact of Plaintiff's injuries on Plaintiff's vocational
future.  He will testify as to as to his evaluation of Plaintiff's aptitudes, education, work
experience, physical capabilities, and physical restrictions.  He will further testify to
Plaintiff's transferable skills, provide an analysis of the labor market where Plaintiff
resides, the impact of disability on prospective employment as well as Plaintiff's residual
earning capacity.  (CV Attached.)

Brandon L. Ogden, Railroad Safety Consultant
Ogden Expert Witness, LLC.
629 Route D,
Lockwood, MO 65682

Mr. Ogden is a railroad safety consultant who evaluates practical and
technical issues related to train operations, safety training, operating rules, and
Federal Railroad Administration (FRA) regulations.  (CV Attached.)

Mr. Ogden has over 14 years of experience as a certified switchman and conductor with
BNSF Railway and railroad operations consultant. He has extensive knowledge in train
operation and operating rules interpretation, working his way through the railroad
management ranks as Trainmaster, Director of Administration, Terminal Manager and
Superintendent of Operations.

4

Dr. Ryan Livermore
Mid-America Orthopedics
1923 North Webb Road
Wichita, KS  62706

Dr. Livermore is Plaintiff's treating physician and will testify based on his training, education, and experience in the field of orthopedic surgery and sports medicine, the history obtained, findings upon physical examination of Plaintiff, review of medical records and diagnostic studies.  He will further testify to the nature and extent of Plaintiff's injuries, his permanent disability, the relationship of the trauma to Plaintiff's physical condition as well as Plaintiff's medical restrictions, need for future medical treatment and the cost of such treatment and as to all matters contained in his records previously provided.  Dr. Livermore will testify to the reasonableness and necessity of the treatment Plaintiff has received.

Alex Brooks, PT
St. Luke Hospital
535 South Freeborn
Marion, KS  66861

Mr. Brooks is Plaintiff's treating physical and occupational therapists and is expected to testify based upon his training, education, and experience in the field of physical therapy, occupational therapy, and rehabilitation.  Mr. Brooks will testify to Plaintiff's participation in physical therapy and occupational therapy sessions, progress as well as limitations, the need for future therapy and the corresponding cost.

Experts to be called by defendant and their qualifications are:

Edward V. Fehringer, M.D., Professor and Orthopaedic Surgeon, University of Nebraska Medical Center, Department of Orthopaedic Surgery and Rehabilitation, 985640 Nebraska Medical Center, Omaha, NE  68198; 402-559-8000. Dr. Fehringer's CV is attached.

(F)     Voir Dire.  Counsel have reviewed Federal Rule of Civil Procedure 47(a) and NECivR 47.2(a) and suggest the following with regard to the conduct of juror examination:

The parties request the opportunity to directly ask questions of the potential jurors.

(G)     Number of Jurors.  Counsel have reviewed Federal Rule of Civil Procedure 48 and NECivR 48.1 and Plaintiff suggests that this matter be tried to a jury composed of 7 members; Defendant proposes 12 members.

(H)     Verdict.  Defendant will not stipulate to a less-than-unanimous verdict.

5

(I)      Briefs, Instructions, and Proposed Findings.   Counsel have reviewed NECivR 39.2(a), 51.1(a), and 52.1, and suggest the following schedule for filing trial briefs, proposed jury instructions, and proposed findings of fact, as applicable:

Trial briefs and proposed jury instructions shall be filed five (5) working days before the first day of trial.

(J)      Length of Trial.  Counsel estimate the length of trial will consume not less than 5 days, not more than 5 days, and probably about 5 days.

(K) Deposition Designations.   **The plaintiff has already provided their deposition designations to the defendant pursuant to Rule 26(a)(3)(B) due to no other court order designating a time for designations.  The defendant has not provided deposition designations to the plaintiff yet.  Therefore, plaintiff objects to defendant providing any deposition designation.**   The defendant shall provide deposition designations by September 24, 2021, counter-designations and objections to designations by plaintiff and defendant by September 28, 2021, and objections to  counter-designations by October 1, 2021.

(L)      Trial Date.  Trial is set for October 19, 2021.

(M) Electronic Devices. Lauriel Fields, Paralegal for Reha Dallon and Torry Garland, attorneys at Union Pacific-Law Department, 1400 Douglas Street, Omaha, NE,  shall be allowed to bring a laptop and cell phone into the courtrooms from October 19 through October 25, 2021.

Lena Waterkotte paralegal, Paralegal for Reha Dallon and Torry Garland, attorneys at Union Pacific-Law Department, 1400 Douglas Street, Omaha, NE,  shall be allowed to bring a laptop and cell phone into the courtrooms from October 19 through October 25, 2021.

Dated:                                    HUNEGS, LeNEAVE & KVAS, P.A.

                                          */s/ Paul Banker*
                                          Randal W. LeNeave, NE ID #24813
                                          Paul Banker, MN ID #0256596
                                          Attorneys for Plaintiff
                                          1000 Twelve Oaks Center Drive, Suite 101
                                          Wayzata, Minnesota 55391
                                          Telephone: (612) 339-4511
                                          Facsimile: (612) 339-5150
                                          rleneave@hlklaw.com
                                          pbanker@hlklaw.com


Dated:                                    UNION PACIFIC RAILROAD COMPANY

                                          */s/Reha Dallon*
                                          Torry N. Garland
                                          Reha Dallon
                                          Attorney for Defendant
                                          1400 Douglas Street, Stop 1500
                                          Omaha, NE  68179
                                          (402) 544-5016
                                          rdallon@up.com


                                          BY THE COURT:



                                          Susan M. Bazis, United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| Troy W. Peterson,     ) | |
|           ) | Case Number: 8:20-CV-00293 |
|       Plaintiff,     ) | |
|           ) | |
| vs.     ) | **PLAINTIFF'S EXHIBIT LIST** |
|           ) | |
| Union Pacific Railroad Company,     ) | |
| a Delaware corporation,     ) | |
|           ) | |
|       Defendant.     ) | Judge Joseph Bataillon |

Trial Date(s): October 18, 2021 to October 22, 2021

| PLF | DF | DESCRIPTION | OFF | OBJ | RC | NOT RCVD | DATE |
|---|---|---|---|---|---|---|---|
| 1 | | PI Report, Hanken Exhibit 1 | | | | | |
| 2 | | 705 Report, Hanken Exhibit 2 | | | | | |
| 3 | | Track Chart, Hanken Exhibit 3 | | | | | |
| 4 | | VMX report, UP Peterson 002453 | | | | | |
| 5 | | Detailed Gang Production Report, Plank Exhibit 2 | | | | | |
| 6 | | Detailed Gang Production Report, Plank Exhibit 4 | | | | | |
| 7 | | Engineering Service Scheduling Report, Plank Exhibit 1 | | | | | |
| 8 | | Herington Engineering Data, Hanken Exhibit 4 | | | | | |
| 9 | | Tie Evaluation Results, UP Peterson 002077-002088 | | | | | |
| 10 | | Herington Quality Audits, UP Peterson 002089 | | | | | |
| 11 | | St. Luke's Hospital Records | | R, H, O(403) | | | |
| 12 | | 2018.11.19 X-ray Premier Open MRI & Imaging | | R, H, O(403) | | | |

| 13 | | Exhibit 1 to Dr. Ryan Livermore Deposition – Mid-America Orthopedics Medical Records; 2021.08.20 Chart Note Dr. Ryan Livermore | R, H, O(403)<br><br>8/20 Note: R, H, O(403, undisclosed) | | |
| 14 | | Work Restrictions 2018.11.27 to 2019.01.29 | R, H, O(403) | | |
| 15 | | Precision Surgery Center Medical Records | R, H, O(403) | | |
| 16 | | 2019.04.01 CT Scan Right Elbow | R, H, O(403) | | |
| 17 | | 2020.01.06 Proof of Disability | R, H, O(403) | | |
| 18 | | Advanced Orthopedic Associates Medical Records | R, H, O(403) | | |
| 19 | | Neurology Consultants of Kansas Medical Records | R, H, O(403) | | |
| 20 | | 2020.04.22 Permanent Work Restrictions | R, H, O(403) | | |
| 21 | | Medical Diagrams | R, H, F, A, O(403) | | |
| 22 | | Right Shoulder Surgical Scars 2021.07.23 | R, H, F, A, O(403) | | |
| 23 | | Video Right Shoulder 2021.07.23 | R, H, F, A, O(403) | | |
| 24 | | Surgical Scars 2021.07.23 | R, H, F, A, O(403) | | |
| 25 | | Surgical Scars 2021.07.23 | R, H, F, A, O(403) | | |
| 26 | | Video Both Shoulders 2021.07.23 | R, H, F, A, O(403) | | |
| 27 | | Video Right Shoulder 2021.07.23 | R, H, F, A, O(403) | | |
| 28 | | Brandon Ogden CV | | | |
| 29 | | 2021.03.26 Report of Brandon Ogden | H | | |
| 30 | | Terry Cordray CV | | | |
| 31 | | 2021.01.29 Report of Terry Cordray | H | | |
| 32 | | Kristi Girard-Deardoff Notes | | | |

2

| 33 | | Trainman Train Description UP Peterson 001566 | | | | | |
| 34 | | Jeff Opp CV | | | | | |
| 35 | | 2021.01.28 Report of Jeff Opp | H | | | | |
| 36 | | GCOR UP Peterson 1007-1009; 1011-1013 | | | | | |

**OBJECTIONS**
   **R: Relevancy**
   **H: Hearsay**
   **A: Authenticity**
   **O: Other (specify)**

Dated: September 15, 2021                    HUNEGS, LeNEAVE & KVAS, P.A.

                              /s/ Paul Banker
                              _____
                              Randal W. LeNeave, NE ID 24813
                              Paul Banker MN ID 0256596
                              Attorneys for Plaintiff
                              1000 Twelve Oaks Center Drive, Suite 101
                              Wayzata, Minnesota 55391
                              Telephone: (612) 339-4511
                              Facsimile: (612) 339-5150
                              rleneave@hlklaw.com
                              pbanker@hlklaw.com

**CERTIFICATE OF SERVICE**


        The undersigned hereby certifies that the above Plaintiff's Exhibit List was forwarded via
e-mail on this 15th day of September, 2021, to:

Reha Dallon
**UNION PACIFIC RAILROAD COMPANY**
1400 Douglas Street, Mail Stop 1580
Omaha, NE 68179
rdallon@up.com


                              /s/ Paul Banker
                              _____

3

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

|  |  |
|---|---|
| Troy Peterson,<br>Plaintiff, | )<br>)<br>)<br>)<br>) |
| v. | ) **DEFENDANT'S EXHIBIT LIST**<br>) Case Number: 8:20CV293<br>) Courtroom Deputy:<br>) Court Reporter: |
| Union Pacific Railroad Company,<br>Defendant. | )<br>) |

Trial Date(s): October 19, 2021 – October 25, 2021

| | EXHIBIT NO. | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PLF | DF | 3 PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
| | 101 | | HR Reporting for Troy W. Peterson (UP Peterson 418-32) | | Foundation, 401, 402 | | | |
| | 102 | | Troy W. Peterson Work History Records (UP Peterson 439-587) | | Foundation, 401, 402 | | | |
| | 103 | | Personal Injury Report (UP Peterson 588-89) | | | | | |
| | 104 | | 705 Report (UP Peterson 590) | | | | | |
| | 105 | | Track Inspection Report (UP Peterson 593-654) | | Foundation, 401, 402, 801, 802 | | | |

| 106 | | Schematic for UP 7644 (UP Peterson 659-785) | | Foundation, 401, 402 | | | |
| 107 | | UPRR Safety Rules (UP Peterson 792-1006) | | Foundation, 401, 402, 403, 45 U.S.C. § 54 | | | |
| 108 | | GCOR (UP Peterson 1007-1247) | | Foundation, 401, 402, 403, 45 U.S.C. § 54 | | | |
| 109 | | Timetable (UP Peterson 1562-65) | | Foundation, 401, 402 | | | |
| 110 | | Trainman Job Description (UP Peterson 1566-1568) | | | | | |
| 111 | | Detailed Gang Production Report (UP Peterson 1657-59) | | FRCP 26(a)(1)(A)(ii), 37(c), Foundation, 401, 402, 403, 801, 802 | | | |
| 112 | | Mechanical Inspection Report for UP 7644 (UP Peterson 1588-93) | | Foundation, 401, 402, 403, 801, 802 | | | |
| 113 | | Engineering Services Schedule Report (UP Peterson 1660) | | FRCP 26(a)(1)(A)(ii), 37(c), Foundation, 401, 402, 403, 801, 802 | | | |
| 114 | | Supplemental Detailed Gang Production Report (UP Peterson 1661-92) | | FRCP 26(a)(1)(A)(ii), 37(c), Foundation, 401, 402, 403, 801, 802 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 115 | | Quality Audits (UP Peterson 2089) | FRCP 26(a)(1)(A)(ii), 37(c), Foundation, 401, 402, 403, 801, 802 | | | |
| 116 | Engineering Track Maintenance Field Handbook Excerpt (UP Peterson 2072-76) | | FRCP 26(a)(1)(A)(ii), 37(c), Foundation, 401, 402, 403, 801, 802 | | | |
| 117 | Engineering Track Maintenance Field Handbook (UP Peterson 2128-2450) | | FRCP 26(a)(1)(A)(ii), 37(c), Foundation, 401, 402, 403, 801, 802 | | | |
| 118 | Supplemental Detailed Gang Production Reports (UP Peterson 2090-2127) | | FRCP 26(a)(1)(A)(ii), 37(c), Foundation, 401, 402, 403, 801, 802 | | | |
| 119 | | Photos (UP Peterson 2451-52) | FRCP 26(a)(1)(A)(ii), 37(c), Foundation, 401, 402, 403, 801, 802 | | | |
| 120 | | Skoog Worklife Expectancy (UP Peterson 2454-72) | FRCP 26(a)(1)(A)(ii), 37(c), Foundation, 401, 402, 403, 801, 802 | | | |
| 121 | | Skoog Worklife Expectancy Supplement (UP Peterson 2473-2575) | FRCP 26(a)(1)(A)(ii), 37(c), Foundation, 401, 402, 403, 801, 802 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 122 | | Slow Orders (UP Peterson 2576) | FRCP 26(a)(1)(A)(ii), 37(c), Foundation, 401, 402, 403, 801, 802 | | | |
| 123 | | Videos (UP Peterson 2048-2067) | FRCP 26(a)(1)(A)(ii), 37(c), Foundation, 401, 402, 403, 801, 802 | | | |
| 124 | | Letter (T. Peterson 37) | FRCP 26(a)(1)(A)(ii), 37(c), Foundation, 401, 402, 403, 801, 802 | | | |
| 125 | | Letter (T. Peterson 38) | FRCP 26(a)(1)(A)(ii), 37(c), Foundation, 401, 402, 403, 801, 802 | | | |
| 126 | | Medical Comments (UP Peterson 2577-2587) | FRCP 26(a)(1)(A)(ii), 37(c), Foundation, 401, 402, 403, 801, 802 | | | |
| 127 | | Job Briefing Book (T. Peterson 148-200) | | | | |
| 128 | | Conductor Report (T. Peterson 95-145) | | | | |
| 129 | | Yard Maps (UP Peterson 655-658) | | | | |

| | 130 | | Seniority Roster Wages (UP Peterson 1634) | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 131 | | Edward V. Fehringer, M.D. CV (UP Peterson 1697-1724) | | | | | |
| | 132 | | OHN Clinical Consultation Record 11/15/18 (UP Peterson 1779) | | FRCP 26(a)(1)(A)(ii), 37(c), Foundation, 401, 402, 403, 801, 802 | | | |

OBJECTIONS
    R: Relevancy
    H: Hearsay
    A: Authenticity
    O: Other (specify)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

---

Troy W. Peterson,                             )
                                              )       Case Number:  8:20-CV-00293
                    Plaintiff,                )
                                              )
vs.                                           )
                                              )
Union Pacific Railroad Company,               )
a Delaware corporation,                       )
                                              )
                    Defendant.                )

---

## PLAINTIFF'S WITNESS LIST

---

Pursuant to the Court's Order for Trial, Plaintiff anticipates calling the following witnesses at the trial of this matter:

1.   Troy Peterson
     Lincolnville, KS  66858

2.   Cristina Peterson
     Lincolnville, KS  66858

3.   Brian Mascareno
     Herington, KS  67449

4.   Todd Plank
     Hutchison, KS  67502

5.   Terry Hanken
     McPherson, KS

6.   Adam Burks
     Wichita, KS  67205

7.      Brandon Ogden
        Ogden Expert Witness, LLC.
        629 Route D,
        Lockwood, MO 65682.

8.      Alex Brooks, PT
        St. Luke Hospital
        535 South Freeborn
        Marion, KS  66861

9.      Dr. Brandon Livermore Via Video Deposition
        Mid-America Orthopedics
        1923 North Webb Road
        Wichita, KS  67206

10.     Terry Cordray
        Rehabilitation Expertise, LLC
        10000 W. 75th Street, Suite 200
        Shawnee, KS 66204

11.     Jeff Opp
        399 Perry Street, Suite 201
        Castle Rock, CO 80104


Dated:  September 15, 2021                  HUNEGS, LeNEAVE & KVAS, P.A.

                                            /s/ Paul Banker
                                            Randal W. LeNeave, NE ID 24813
                                            Paul Banker MN ID 0256596
                                            Attorneys for Plaintiff
                                            1000 Twelve Oaks Center Drive, Suite 101
                                            Wayzata, Minnesota 55391
                                            Telephone: (612) 339-4511
                                            Facsimile: (612) 339-5150
                                            rleneave@hlklaw.com
                                            pbanker@hlklaw.com

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the above Plaintiff's Witness List was forwarded via e-mail on this 15th day of September, 2021, to:

Reha Dallon
**UNION PACIFIC RAILROAD COMPANY**
1400 Douglas Street, Mail Stop 1580
Omaha, NE  68179
rdallon@up.com

*/s/ Paul Banker*  _____

3

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

|  |  |  |
|---|---|---|
| Troy Peterson, | ) ) ) | |
| Plaintiff, | ) ) | DEFENDANT'S  LIST |
| | ) ) | OF WITNESSES |
| v. | ) ) ) | Case Number: 8:20CV293<br>Courtroom Deputy:<br>Court Reporter: |
| Union Pacific Railroad Company, | ) | |
| Defendant. | ) | |

Trial Date(s): October 19, 2021 – October 25, 2021

COMES NOW the Defendant, Union Pacific Railroad Company, and submits the following Witness List for trial in this matter.

      A.     Union Pacific will call the following witnesses and expects them to be present:

1.     Alex Fisher
       Waxahachie, TX 75165

2.     Edward V. Fehringer, M.D.
       Department of Orthopaedic Surgery
       University of Nebraska Medical Center
       985640 Nebraska Medical Center
       Omaha, Nebraska 68198-5640

3.     Kristi A. Girard-Deardorff, Senior Consultant, Vocational Risk Management,
       Union Pacific Railroad Company
       This witness will testify based on her education, training, and experience to the
       issues addressed in her 30(b)(6) designee deposition and any reasonable
       extrapolations from that testimony.
       Omaha, Nebraska 68137

4.      Brian Mascareno
        Herington, Kansas 67449

5.      Adam Burks, Manager I Road Operations, Union Pacific Railroad Company
        This witness will testify based on his education, training, and experience to the
        issues addressed in his 30(b)(6) designee deposition and any reasonable
        extrapolations from that testimony.
        Wichita, Kansas 67205

6.      Brennen Lucas, M.D. (appearing via video deposition)
        Advanced Orthopedic Associates
        2778 North Webb Road
        Wichita, Kansas 67226

7.      Ryan Livermore, M.D. (appearing via August 16, 2021, and August 30, 2021,
        video depositions)
        Mid-America Orthopedics
        1923 North Webb Road
        Wichita, Kansas 67206

8.      Todd Plank
        Hutchison, KS 67502

B.      Union Pacific may call the following witness, whose only testimony is intended to establish foundation for an exhibit for which foundation has not been waived.

9.      Erin Brown
        Edmond, OK 73012

Ms. Brown is not available to appear at trial for health reasons. With leave of Court, Union Pacific will present her testimony via video conference. Alternatively, Union Pacific will take her deposition before trial.

10.     Any and all witnesses on Plaintiff's Witness List; and

11.     Any witnesses necessary for foundation, impeachment, or rebuttal.

Respectfully submitted this 22nd day of September, 2021.

UNION PACIFIC RAILROAD COMPANY,
Defendant,

BY:   *s/Reha Dallon*
      Reha Dallon
      Torry N. Garland
      Union Pacific Railroad Company
      1400 Douglas Street, STOP 1580
      Omaha, Nebraska 68179-1580
      Tel: (402) 544-5016
      Fax: (402) 501-0127
      rdallon@up.com
      tngarlan@up.com
      ATTORNEYS FOR UNION PACIFIC
      RAILROAD COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2021 the foregoing document was forwarded via e-mail to the following:

Randal W. LeNeave
Paul Banker
HUNEGS, LeNEAVE & KVAS, P.A.
1000 Twelve Oaks Center Drive, Suite 101
Wayzata, Minnesota 55391
Tel: (612) 339-4511
Fax: (612) 339-5150
rleneave@hlklaw.com
pbanker@hlklaw.com
ATTORNEYS FOR PLAINTIFF

*/s/ Reha Dallon*



## JEFFREY B. OPP

399 Perry Street, Suite 201                                             Office   (303) 694-7507
Castle Rock, Colorado  80104                                       Fax      (303) 694-7508

### Summary

Thirty-six years professional experience, including thirty-three years of financial and litigation consulting and three years of real estate management and accounting.  Determined losses resulting from the failure of several Savings and Loan Associations, and Commercial Banking Institutions. Assisted attorneys and insurance agents in the preparation or review of thousands of lost profit claims and personal injury damage analyses.  Prepared lost earnings computations in numerous wrongful termination class-action matters involving thousands of class members.  Analyzed and calculated damages in several real estate lawsuits.  Assisted real estate partnerships with leasing, management, accounting, and tax services for numerous properties including an $18 million office building, six residential buildings, and a $3 million strip-mall.

### Education

University of Denver, Denver, CO, 1983 - 1987
B.A., Economics

### Affiliations

Opp & Company, Inc., Castle Rock, CO, 2015 - Present
Principal - Financial and litigation consulting firm

Caulson, Opp & Associates, P.C., Denver, CO, 1992 - 2015
Principal - Financial and litigation consulting firm

Karraker & Taylor, P.C., Denver, CO, 1988 - 1992
Consultant - Financial and litigation consulting firm

United States Army Reserve, 1988 - 1998
1st Lieutenant - Infantry

Jeffrey B. Opp, Property Management, Denver, CO, 1983 - 1988
Sole Practitioner - Property leasing, management, accounting, and tax services practice

### Publications

The Plaintiffs and Defense Attorney's Guide to Understanding Economic Damages, Michael L. Brookshire, Ph.D., Frank Slesnick, Ph.D. and John O. Ward, Ph.D. Editors, Contributing Author: The Special Issues of F.E.L.A. Cases.



**Community and Professional Activities**

Kappa Sigma Alumni Association (Member, Current)
Warriors Youth Football (Coach, 2001 - 2006)
Colorado Youth Rugby (Coach, 1987 - 2008)

**Experience**

*Litigation Consulting*

- Prepared or reviewed lost profit claims and personal injury and wrongful death damages in over 3,500 lawsuits.

- Determined damages in several commercial and residential real estate disputes, assisting in preparing property valuations, cash flow analyses, and cost accounting.

- Determined the damages resulting from defaulted loans made by several large Savings and Loan Associations which cumulatively led to the failure of the institutions.

- Identified and analyzed the negligent lending procedures of a large, real estate dependent bank, and documented the bank's consequent losses and ultimate financial insolvency.

- Discovered and quantified fraud by the officers and directors of a federally insured bank as well as third-party contractors, which resulted in the loss of hundreds of millions of dollars and the failure of the institution.

- Developed and implemented a methodology for accumulating and supporting costs related to a worldwide product recall, which exceeded $50 million.

- Served as the financial expert in numerous wrongful termination class-action matters. Tasks included statistical analysis of liability issues, calculation of lost earnings, as well as lost pension benefits.

- Determined losses resulting from non-performance on a multi-million dollar asbestos abatement contract, analyzing concealed conditions claims, excess costs, and lost contract profits.

- Analyzed the lost profits of an independent insurance agency terminated by a major national insurance company, including documenting significant agency management irregularities, account losses, and damage claim overstatements.

- Performed several loss assessments relating to the termination of manufacturer's representatives, analyzing historical profits and potential future losses.

- Documented the significant financial irregularities and accounting errors of a large Colorado retail store, and prepared related analyses disputing the alleged constructive eviction losses of the store.



*Litigation Consulting Continued*

- Prepared or reviewed loss claims in trade secrets and patent infringement cases, analyzing sales volumes, gross margins, costs, and profits.

- Analyzed the profitability of over 100 publications for a medium-sized publishing company over a ten-year period. Tasks included database development, overhead allocation, research and development costing, and royalty assignments.

- Prepared or reviewed lost wage and pension benefit claims in over 1,000 railroad personal injury lawsuits.

*Financial Consulting*

- Developed a time and motion study program for the State of Colorado for use in their purchasing department.

- Rendered opinions as to the relative value of numerous closely held companies. Analyzing such issues as cash flow, minority interest discounts, and goodwill.

- Developed and supervised an evaluation of a major national insurance carrier's PIP files to determine more effective methods of processing PIP claims.

- Determined inventory and business interruption losses from water damage to a large Denver retailer.

- Prepared economic projections for a major broadcasting company in connection with a bankruptcy workout.

- Determined costs for national product recall of roofing material involving thousands of customers.

*Real Estate Management*

- Controlled operations of six residential real estate projects, providing leasing, management, tax, and accounting services.

- Assisted a real estate partnership in the successful turnaround of a large commercial real estate project, which had been placed into receivership.

- Assisted in the preparation of tax and financial reports for over 20 real estate partnerships.

# Rehabilitation Expertise, LLC

**Terry L. Cordray, M.S., CCM, CRC, ABVE, LPC**
**10000 W. 75th Street, Suite 200, Overland Park, KS  66204**
**Phone 913-362-0255 c. 913-484-8108**
**Fax: 913-362-0254**
**Email: tcordray@kc.rr.com**

## EDUCATION

| | | |
|---|---|---|
| 1971 | Emporia State University<br>B.A. Psychology | Emporia, KS |
| 1973 | Emporia State University<br>M.S. Rehabilitation Counseling | Emporia, KS |

## CERTIFICATES

Certified Rehabilitation Counselor-Commission on Rehabilitation Counselor Certification

Certified Case Manager-Certified Insurance Rehabilitation Specialists Commission

Licensed Professional Counselor-State of Illinois, 2006

American Board of Vocational Experts-Diplomat

Certified Rehabilitation Counselor-Kansas QRP-1618

Missouri Certified Vocational Rehabilitation Practitioner-Division of Workers' Compensation

## PROFESSIONAL MEMBERSHIPS

National Rehabilitation Association

Rehabilitation Counselors & Educators Association

Case Management Society of America

American Board of Vocational Experts-Diplomat

International Association of Rehabilitation Professionals

National Rehabilitation Counseling Association

1

## PUBLICATIONS

Cordray, T.L.  "The C.A.R.E.E.R. Workbook", copyright 1989

Cordray, T.L.  "Vocational Counseling in Recovery", <u>EAP Digest,</u> Vol. 15, No.1,
November/December 1994

Cordray, T.L. "Working It Out-Recovering an Effective Employment
Relationship",  <u>Professional Counselor</u>, Vol. 8, No. 1, August 1993

## PROFESSIONAL EXPERIENCE

1974-1975    **Vocational Rehabilitation Services, State of Kansas**
Rehabilitation Counselor
Specialized caseload of adult felons, primarily chemical
dependent

1976-1977    **St. Joseph's Hospital and Rehabilitation Center**
Rehabilitation Counselor
Vocational and rehabilitation counseling services to patients in
the Rehabilitation Unit, physical disabilities and chemical
dependency

1977-1978    **International Rehabilitation Associates**
Rehabilitation Specialist
Private sector insurance rehabilitation services with Worker
Compensation and Long Term Disability claimants

1978-1981    **Santa Fe Railway Company**
Employee Assistance Counselor
Designed and implemented company's Employee Assistance
Program

1981-1992    **Santa Fe Railway Company**
Manager, Employee Assistance and Rehabilitation

1992-1995    **Santa Fe Railway Company**
Director, Disability Management and Employee Assistance
Programs

2

| 1995-1997 | **BNSF Railway Company** |
| | Director, Disability Management Program |

| 1997-1999 | **BNSF Railway Company** |
| | Director, Medical and Environmental Health, Central Region |

| 1983-2003 | **Vocational Expert-Social Security Administration** |
| | Kansas City Office of Hearings and Appeals |

| Current | **Rehabilitation Expertise, LLC** |

- Vocational Rehabilitation evaluation and case management
- Forensic Expert-Vocational Rehabilitation
- Kansas Qualified Rehabilitation Provider #1618

# SANTA FE RAILWAY COMPANY

| 1968-1974 | **Brakeman-Switchman, Middle Division** |

| 1978-1981 | **Employee Assistance Counselor** |

- Designed and implemented Santa Fe's Employee Assistance Program
- Authored Company Policy for EAP
- Developed with Hospital Association benefits for Mental Health and Chemical Dependency Treatment
- Produced Educational Programs and trained employees and supervisors across system
- Established positive working relationships with all labor organizations

| 1981-1992 | **Manager, Employee Assistance and Rehabilitation Program** |

- Hired and trained all regional Employee Assistance Counselors (3)
- Developed alternative to discipline programs in lieu of dismissal
- Created all employee and supervisor training and informational material including FRA mandated Signs and Symptoms training
- Member of the working committee of the FRA for implementation of drug testing programs-Mr. Bill Loftus, Chairman
- Appointed by rail labor as EAP advisor for implementation of VBH managed behavioral health contract-appointed by Mr. Mac Fleming, BMWE International President
- Developed the Trauma Counseling Program including recruitment and training of 135 peer responders.  First such program in railroad industry
- Formalized relocation assistance program for families being transferred with centralization of System Operating Center-Schaumburg

3

- Designed and implemented Santa Fe Rehabilitation Program for injured workers
- Developed Rehabilitation Program protocols and processes
- Established monthly rehabilitation committee meeting
- Contracted Regional Medical Consultant
- Supervised one professional Vocational Rehabilitation Counselor
- Educated Supervisors and Claims Department on Rehabilitation Program
- Established working rapport with physicians and rehabilitation facilities throughout Systems

1992-1995 **Director, Disability Management and Employee Assistance Program**

- Developed program designed and implemented all protocols of disability management throughout the system
- Created network of over 125 physicians and medical clinics for medical management of injuries
- Recruited Regional Medical Consultants (3)
- Recruited and trained Disability Care Managers (4)
- Established operating Disability Management meeting at each division
- Trained Management and Claims Department in protocols of disability Management
- Produced and implemented computerization of all data to integrate with Safety and Claims Departments
- Integrated EAP with Disability Management to intervene with injured employees exhibiting health issues

## BURLINGTON NORTHERN SANTA FE RAILWAY COMPANY

1995-1997 **Director, Disability Management Programs, BNSF**

- Merged best practices of former BN and Santa Fe Disability Management into BNSF Disability Management Program
- Trained contract Medical Care Managers on processes for injury management
- Contracted for First Response telephone access for 24/7 coverage of injuries
- Co-facilitated Vocational Rehabilitation process group of representatives of relevant departments to recommend processes for job placement of disabled employees
- Established working relationships with United Health Care in medical bill processing

4

1997-1999    **Director, Medical and Environmental Health, Central Region, BNSF**

- Responsible for all Medical and Environmental Health programs for Central Region including Texas, Amarillo, Gulf, New Mexico, Colorado Powder River, Kansas, Kansas City Divisions; Topeka G.O.B.; Topeka SMT, and Argentine LMIT.  Eight States comprising 20,000 employees.
- Supervise one full time Industrial Hygienist and one Vocational Rehabilitation Counselor

5

# BRANDON L. OGDEN
Expert Witness & Consultant
brandon@ogdenexpertwitness.com
ogdenexpertwitness.com
(417) 813-0958
Lockwood, MO

## *AREAS OF EXPERTISE*

### Railroad Operations
*Expert Witness*

With a decade of experience as a certified switchman and conductor with BNSF Railway, I offer extensive knowledge in train operation and operating rules interpretation. Promoting my way through the railroad management ranks as Trainmaster, Director of Administration, Terminal Manager and Superintendent of Operations, I offer distinguished railroad leadership experience and unique industry knowledge and perspective. Leading my team of over 300 train, yard and engine employees to multiple extended human factor incident and injury free streaks was a highlight of my accomplished railroad career.

Clients include firms who seek assistance for incidents involving railroad employees and freight trains in the following areas:

- Railroad employee personal injuries
- Railroad train derailments
- Railroad train collisions
- Railroad train handling
- Railroad event recorder analysis
- Railroad highway-grade crossing incidents
- Railroad industrial property damage incidents
- Railroad train-pedestrian incidents
- Railroad liability
- Railroad FELA cases

### Livestock & Farm Equipment
*Expert Witness*

Growing up on Missouri's largest registered Angus cattle operation, I have been directly involved with the handling, managing and caring of livestock my entire life. I operate a large variety of farm equipment on a daily basis. Facilitating and overseeing the daily cattle work and herd management for several thousand cows on pasture and calves in a large feedlot has given me unmatched practical hands-on experience. Managing thousands of acres and marketing over 500 registered Angus bulls annually has given me extensive industry knowledge.

Clients include firms who seek assistance for incidents involving livestock and farm equipment in the following areas:

- Livestock handling best practices
- Livestock fencing and restraint systems
- Livestock management best practices
- Livestock transportation safety
- Farm equipment operation safety
- Farm standard operating procedures

## EXPERIENCE

**Ogden Angus Ranch,** Lockwood, Missouri, July 2006 – Present
*Ranch Manager*
- Responsible for all herd management for large registered Angus operation.
- Facilitate and oversee daily cattle work including all vaccinations and health protocol.
- Market 500 registered Angus bulls and several thousand commercial Angus heifers annually.
- Forage management specialist including chopping corn silage and baling round bales.
- Manage 5,000 acres of pasture and 1,000 head feedlot, utilizing vertical mixers and rotational grazing system.

**BNSF Railway,** Springfield, Missouri, January 2014-May 2016
*Superintendent of Operations*
- Supported, taught and met the needs of my coworkers.
- Lead the operating team to safely and efficiently meet and exceed our customer's expectations.
- Built strong relationships, exercised proactive accountability and gave feedback and recognition.

**BNSF Railway,** Springfield, Missouri, December 2012-January 2014
*Terminal Manager*
- Supervised TY&E employees and planned daily operations consistent with safety and efficiency.
- Coordinated with site safety team to solve safety issues and eliminate at risk behaviors.
- Utilized process improvement teams and lessons learned log to implement process improvement.
- Prepared Springfield terminal for system-wide Best Way and BST safety initiative.
- Mentored and facilitated training for new trainmasters, utilizing a trainmaster training guide.

**BNSF Railway,** Springfield, Missouri, October 2010-December 2012
*Director of Administration*
- Provided oversight for the division invoicing, investigation and attendance guideline processes.
- Promoted safety through interaction with employees around hotline calls and van / lodging issues.
- Set up sustainable processes to promote efficiency and reduce cost in division office budget.

**BNSF Railway,** Springfield, Missouri, July 2006-October 2010
*Terminal Trainmaster*
- Executed the operating plan, while monitoring and controlling costs to meet goals.
- Insured compliance with safety rules, schedule agreements and government regulations.
- Conducted operations tests and safety meetings to discuss safety reminders and prevent injuries.
- Investigated derailments and injuries to determine contributing factors and root causes.

## EDUCATION

**Bachelor of Science degree,** *Business Administration*, concentration in Management
Southwest Baptist University, Bolivar, Missouri
May 2006, 3.87 GPA on a 4.0 scale

DEFENDANT'S
EXHIBIT

131

**CURRICULUM VITAE- 2/1/2021**

Edward V. Fehringer, M.D.                                    Telephone: (402) 559-4219
Professor                                                    Facsimile: (402) 559-5511
University of Nebraska Medical Center                        E-mail:  evfehringer@unmc.edu
Department of Orthopaedic Surgery and Rehabilitation

1.    **EDUCATION:**

    B.A. - Economics, Creighton University, Omaha, NE; May 1991; Summa Cum Laude
    M.D. - University of Nebraska College of Medicine, Omaha, NE; May 1995

2.    **POST GRADUATE TRAINING:**

    Residency:          Creighton University/University of Nebraska Health Foundation Department of
                       Orthopaedic Surgery and Rehabilitation
                       University of Nebraska College of Medicine
                       Omaha, Nebraska
                       7/1/95-6/30/00

    Fellowship:         Shoulder and Elbow Surgery
                       Department of Orthopaedic Surgery and Sports Medicine
                       University of Washington School of Medicine
                       Seattle, Washington
                       8/1/00-7/31/01

3.    **FACULTY POSITIONS:**

    8/1/00-7/31/01          Acting Instructor
                       Shoulder and Elbow Service
                       Department of Orthopaedic Surgery and Sports Medicine
                       University of Washington School of Medicine
                       Seattle, Washington

    1/13/03-7/1/07          Assistant Professor
                       Shoulder and Elbow Surgery
                       Department of Orthopaedic Surgery and Rehabilitation
                       University of Nebraska College of Medicine
                       Omaha, Nebraska

    7/1/07-4/30/12          Associate Professor
                       Shoulder and Elbow Surgery
                       Department of Orthopaedic Surgery and Rehabilitation
                       University of Nebraska College of Medicine
                       Omaha, Nebraska

    10/1/2012-10/31/2020    Adjunct Associate Professor
                       Shoulder and Elbow Surgery
                       Department of Orthopaedic Surgery and Rehabilitation
                       University of Nebraska College of Medicine
                       Omaha, Nebraska

    11/1/2020-present       Professor
                       Shoulder and Elbow Surgery
                       Department of Orthopaedic Surgery and Rehabilitation

UP Peterson001697

University of Nebraska College of Medicine
Omaha, Nebraska

4.    **HOSPITAL POSITIONS:**

1. University of Nebraska Medical Center:  *Provisional*- 8/21/01-1/12/03
   *Active*- 1/13/03-4/30/12.
2. Omaha Veterans Affairs Medical Center- *Temporary Staff*- 2/10/03-4/9/03
   *Active*- 4/9/03-4/30/12.
3. Nebraska Orthopaedic Hospital- Active- 11/7/07-4/30/12.
4. Creighton University Medical Center:  *Provisional Staff*- 10/29/02-7/31/03
   *Associate Staff*- 8/1/03-7/31/07.
5. Alegent Bergan Mercy Medical Center:  *Associate A*- 6/20/01-5/25/05.
6. Methodist Hospital:  *Provisional Courtesy*- 7/18/01-7/17/03
   *Courtesy Staff*- 7/18/03-5/3/05.
7. Lakeside Ambulatory Surgery Center:  *Active*- 8/9/01-3/29/04.
8. Omaha Surgical Center:  *Active*:  9/1/01-4/05.
9. SurgiCenter of Norfolk:  Active Staff- 10/30/14-4/30/17.
10. Columbus Community Hospital: *Courtesy Staff*- 5/1/12.
    *Active- 5/1/12-10/31/2020*
11. University of Nebraska Medical Center:  Active-
12. Bellevue Medical Center:  Active-


5.    **HONORS/AWARDS:**

- Omicron Delta Epsilon Honorary Economics Society- Creighton University, 1989-91.

- Edna Itner Academic Scholarship- University of Nebraska College of Medicine, 1994-1995.

- American Medical Association's Physician Recognition Award in Continuing Medical Education; 50 Category I CME hours in twelve months; valid 10/1/03-10/1/06.

- American Medical Association's Physician Recognition Award in Continuing Medical Education; 100 Category I CME hours in twenty-four months; valid 10/1/03-10/1/06.

- American Medical Association's Physician Recognition Award in Continuing Medical Education; 150 Category I CME hours in thirty-six months; valid 10/1/03-10/1/06.

- 2004 'Outstanding Instructor' Award- Creighton University/University of Nebraska Health Foundation Orthopaedic Surgery Residency Program.

- University of Nebraska Medical Center College of Medicine 2005 Special Professional Achievement Award

- "The Doc You Call Coach" Award as part of The Nebraska Medical Center's Doctor's Day 2006; nominations and voting by hospital staff

- Outstanding Physician of the Year Award for 2006- Association of Operating Room Nurses of Omaha Chapter 2801

2

UP Peterson001698

- Awarded a scholarship to attend the National Institute on Aging (NIA)'s Grant Writing Technical Assistance Workshop in Dallas, TX 11/16-17/06 based upon a proposal submitted on patients that have undergone rotator cuff repair after the age of 65.

- University of Nebraska College of Medicine Dean's 'Excellence in Clinical Practice Award' for 2006; the award is one of 3 given annually to honor outstanding clinical faculty members who are dedicated to the education and training of medical students, provide compassionate and quality care to patients, and further advances in scientific knowledge through research.

- University of Nebraska Medical Center College of Medicine 2007 Special Professional Achievement Award.

- 2009 'Outstanding Instructor' Award- Creighton University/University of Nebraska Health Foundation Orthopaedic Surgery Residency Program; awarded 6/27/09.

- UNeMED 2009 New Invention Notification Award for a novel diagnostic aid for the detection of early periprosthetic component loosening along with Drs. Dong Wang and Steven Goldring.

- University of Nebraska Medical Center College of Medicine 2009 Special Professional Achievement Award.

- UNeMED 2010 New Invention Notification Award for a nanocrystalline coating of polyethylene along with Drs. Fereydoon Namavar and Hani Haider.

- Completion of The Nebraska Medical Center's Physician Development Leadership Series, Part I; April 14, 2011.

- Completion of the University of Nebraska Medical Center's Administrative Colloquium, May 17, 2011.

- American Board Medical Specialty (ABMS) Member Board Certification, Recertification through the American Board of Orthopaedic Surgery (6/2012); certified through 12/31/2023.

- Winner of the SAGE Best Paper Prize in 2013 by the editorial board of *Journal of Engineering in Medicine* for the paper "*Titanium implant with nanostructured zirconia surface promotes maturation of peri-implant bone in osseointegration*" by Dusad A, Chakkalakal DA, Namavar F, Haider H, Hanisch B, Duryee MJ, Diaz A, Rensch A, Zhang Y, Hess R, Thiele GM, **Fehringer EV.** Volume 227, Issue 5 http://pih.sagepub.com/content/227/5/510.abstract

- Selected as one of the *Best Doctors in America 2007-2020.*


6. **BOARD CERTIFICATION:**

- USMLE Step 1- Pass, 6/93
- USMLE Step 2- Pass, 3/95
- USMLE Step 3- Pass, 5/96
- American Board of Orthopaedic Surgery- July 11, 2003; certified through 12/31/2013;
  - re-certified through December 31, 2023; notified 6/20/12.
- BLS-certified; 9/11/09-9/11/11; recertified 6/7/12-6/7/16.

7. **LICENSE TO PRACTICE:**

UP Peterson001699

- State of Iowa, 04/01/2021, License # MD-47910; first licensed 10/21/2020
- State of Nebraska, 10/1/2021, License # 21617; first licensed 11/16/2000
- State of Washington, 4/15/05, (inactive) MD00038527
- State of Nebraska Temporary Educational Permit, 7/1/95-7/1/00 (inactive); License # 3312

8.   **PROFESSIONAL ORGANIZATIONS:**

    **A.**    **International**

        Douglas T. Harryman, II, M.D. Shoulder and Elbow Society; July 16, 2001-August 1, 2004; now defunct.
        Global Shoulder Society; January 20, 2003-4/19/08, now defunct.
        American Shoulder and Elbow Surgeons (ASES), Associate member, 10/12/07-10/20/10.
        American Shoulder and Elbow Surgeons (ASES), Active member, 10/20/10-present.

    **B.**    **National**

        American Academy of Orthopaedic Surgeons (AAOS)-Resident member: 7/1/96-7/1/00
        American Academy of Orthopaedic Surgeons (AAOS)-Candidate member: 7/14/00-10/11/04
        American Academy of Orthopaedic Surgeons (AAOS)- Fellow: 3/2005-present
        American Orthopaedic Association (AOA): June 4, 2009-present
        Arthroscopy Association of North America (AANA)-Resident member: 7/1/00-12/31/01
        Arthroscopy Association of North America (AANA)-Associate member: 1/1/02-4/30/12
        American Medical Association (AMA): 8/15/01-12/31/04

    **C.**    **Regional**

        Mid-America Orthopaedic Association (MAOA): 2/25/05-present.
        Mid-Central States Orthopaedic Society: 6/9/02-10/1/10

    **D.**    **Local**

        Metro Omaha Medical Society: 8/15/01-12/31/2009
        Nebraska Medical Association: 8/15/01-present
        Greater Omaha Orthopaedic Society: 8/15/01-present
        Nebraska Orthopaedic Association: 11/3/01-present

9.   **JOURNAL REVIEWER POSITIONS:**

    a.    Reviewer- *Clinical Orthopaedics and Related Research*- 6/17/04-present.
    b.    Consultant Reviewer for the *Journal of the American Academy of Orthopaedic Surgeons*, 4/10/06-6/9/11.
    c.    Reviewer- *Pharmaceutical Research*, 3/14/08-present.
    d.    Reviewer- *The Journal of Shoulder and Elbow Surgery*- 4/1/08-present.
    e.    Reviewer- *Acta Orthopaedica*- 4/13/09-present.
    f.    Reviewer- *Shoulder and Elbow*-1/20/10-present.
    g.    Reviewer- *The Journal of the American Geriatric Society*- 7/3/10-present.
    h.    Reviewer- *The Journal of Bone and Joint Surgery-American*- 12/8/10-present.

10.   **POST GRADUATE COURSES/CONTINUING EDUCATION:**

    1.    Advanced Trauma Life Support; University of NE Med. Center, Omaha, NE; 8/21-22/95.

UP Peterson001700

*CME:  18 hours, Category I*

2.Ilizarov Method Course:  Essential Concepts and Techniques; Omaha, NE, 9/22-23/95.

3.Total Hip Review w/ Heritage Introduction; Des Moines, IA; 8/17/96.
*CME:  5.5 hours, Category I*

4.American Orthopaedic Foot and Ankle Society's Review Course
Omaha, NE; 9/21-22/96.  *CME:  7.5 hours, Category I*

5.Dallas Short Course: Orthotics and Prosthetics; Dallas, TX; 10/25-27/96

6.Creighton University School of Medicine's Review of Orthopaedics and Orthopaedic Pathology;
Omaha, NE; 5/29-6/1/97.  **CME: 31 hours, Category I**

7.AO/ASIF Residents Basic Course; Madison, WI; 8/20-24/97.
*CME:  30.5 hours, Category I*

8.Zimmer Residents Program; Chicago, IL; 8/6-9/98.

9.Howmedica Residents Program; Colorado Springs, CO; 8/21-23/98.

10.American Orthopaedic Foot and Ankle Society's Review Course
Kansas City, MO; 10/24-25/98.  *CME:  11.5 hours, Category I*

11.Advanced Concepts in ACL Reconstruction Using a Quadruple Bundled Hamstring Tendon Graft;
Omaha, NE; 4/23-24/99.  *CME:  1 hour, Category I*

12.Colorado Orthopaedic Review Course; Colorado Springs, CO; 5/19-23/99.

13.Arthroscopy Association of North America Masters Course:  General
Shoulder; Rosemont, IL; 8/27-29/99.  *CME:  19 hours, Category I*

14.American Academy of Orthopaedic Surgeons 67th Annual Meeting
Orlando, FL; 3/15-19/00; Instructional Course Lectures attended:
1. # 203:  Complications in Primary THR:  Avoidance and Management
2. # 145:  Management of Acromioclavicular and Sternoclavicular Joint Injuries
*CME:  24.5 hours, Category I*

15.American Shoulder and Elbow Surgeons 16th Open Meeting; Orlando, FL; 3/18/00.
**CME:  8 hours, Category I**

16.DePuy Shoulder Arthroplasty Techniques Learning Center; Seattle, WA; 8/25-26/00.

17.American Academy of Orthopaedic Surgeons 68th Annual Meeting; San Francisco, CA;
2/28-3/4/01; Instructional Course Lectures attended:
1. # 168:  The Unstable Elbow- Anatomy, Biomechanics, & Treatment
2. # 248:  Proximal Humeral Fractures I:  Alternatives to Arthroplasty
*CME:  28.5 hours, Category I*

18.American Shoulder and Elbow Surgeons 17th Open Meeting; San Francisco, CA; 3/3/01.
*CME:  8 hours, Category I*

19.Zimmer Fellows Program: The Elbow:  The Joint Beyond ; Mayo Clinic; Rochester, MN;
4/19-20/01.

UP Peterson001701

20.     Arthroscopy Association of No. America 2001 Spring Meeting; Seattle, WA; 4/20-22/01.
        *CME: 16 hours, Category 1*

21.     Douglas T. Harryman II, M.D. Shoulder and Elbow Society Inaugural Meeting; University
        of Washington; Seattle, WA; 7/16-20/01.

22.     Alegent Health's 'Measures to Improve Outcomes'; Omaha, NE; Fall 2001.
        *CME: 1 hour, Category 1*

23.     American Academy of Orthopaedic Surgeons 69th Annual Meeting; Dallas, TX; 2/13-17/ 02.
        Instructional Course Lectures attended:
        1.   #131:  The Assessment and Management of the Stiff Elbow
        2.   #151:  Shoulder Arthroplasty:  Current Techniques
        3.   #271:  Arthroscopic Management of Glenohumeral Instability:  Indications   and
             Techniques.
        *CME:  28 hours, Category 1*

24.     American Shoulder and Elbow Surgeons 18th Open Meeting; Dallas, TX; 2/16/02.
        *CME:  7.3 hours, Category 1*

25.     Biomet Next Generation Elbow Surgery using the 'Discovery Elbow System'
        Orthopaedic Learning Center ; Rosemont, IL; 4/19/02.

26.     Douglas T. Harryman II, M.D. Shoulder and Elbow Society 2nd Annual Meeting
        University of Washington; Seattle, WA; 7/22-24/02.

27.     American Academy of Orthopaedic Surgeons' 'Elbow Arthroscopy, Fractures, Instability, and
        Stiffness;' Orthopaedic Learning Center ; Rosemont, IL; 12/6-7/02.
        *CME:  17 hours, Category 1*

28.     American Academy of Orthopaedic Surgeons 70th Annual Meeting; New Orleans, LA;
        2/4-9/03.  Instructional Course Lectures attended:
        1.   #108:  Statistics for Orthopods
        2.   #125:  Metabolic Bone Disease
        3.   #169:  Arthroscopic Rotator Cuff Repair:  Indication and Technique
        4.   #229:  Athletic Injuries of the Elbow
        5.   #324:  Tibial Shaft Fractures Update Part I:  Decision Making in Tibial Shaft
             Fractures
        *CME:  28 hours, Category I*

29.     American Shoulder and Elbow Surgeons 19th Open Meeting; New Orleans, LA; 2/8/03.
        *CME:  7.5 hours, Category I*

30.     The Doctor's Company and UMA's seminar on Informed Consent; University of Nebraska-
        Omaha; Omaha, NE; 5/7/03.
        *CME:  1.5 hours, Category I*

31.     'HealthStream' Zimmer Trauma Update 2003; Omaha, NE; 6/7/03.
        *CME:  8.0 hours, Category I*

32.     SUNY's 'Concepts in Locked Plating- A Trauma Symposium,' sponsored by Synthes
        Omaha, NE; 8/23/03. *CME:  6.5 hours, Category I*

33.     UNMC Faculty Development and EDI Committee's Sponsored Programs Administration
        'Understanding the Investigator's Role in NIH-Sponsored Projects'; Omaha, NE 10/9/03.

6

UP Peterson001702

*CME:  2.0 hours, Category I*

34.    UNMC New Faculty Welcome and Orientation Program; Omaha, NE 10/24/03.
       *CME:  6.5 hours, Category I*

35.    Depuy's Introduction of the Delta III reverse ball and socket total shoulder prosthesis; San
       Francisco, CA; 3/9/04.

36.    American Academy of Orthopaedic Surgeons 71st Annual Meeting, San Francisco, CA;
       3/10-14/04.  Instructional Course Lectures attended:
                    1.    #229:  Open and Arthroscopic Instability Repairs
                    2.    #269:  Operative Management of Rotator Cuff Tears
                    3.    #366:  The Unstable Elbow Anatomy, Biomechanics, and Treatment
       *CME: 28 hours, Category I*

37.    American Shoulder and Elbow Surgeons 20th Open Meeting; San Francisco, CA; 3/13/04.
       *CME:  8.5 hours, Category I*

38.    *UNMC Faculty Development:  "PREPARING FOR A DIFFICULT CONVERSATION:*
       Conflict Styles and Strategies"; Omaha, NE 4/29/04.
       *CME:  3.0 hours, Category I*

39.    6th Annual Mayo Clinic Advanced Elbow Surgical Skills 'Teach the Teachers' Course: The
       Unstable Elbow; Mayo Clinic, Rochester, MN; May 14-15, 2004.
       *CME:  11.0 hours, Category I*

40.    The American Geriatric Society's 2004 Annual Scientific Meeting: Section on Surgical and
       Related Medical Specialties; Las Vegas, NV; May 19-20, 2004.
       *CME:  4.5 hours, Category I*

41.    University of Calgary's 'The Calgary Shoulder and Elbow Course'; Calgary, Alberta CN
       9/23/04-9/26/04.
       *CME:  23.5 hours, Category I*

42.    Mid-America Orthopaedic Association's 23rd annual meeting; Amelia Island, FL 4/20-24/ 05.

43.    Tornier 'Latitude' Elbow Surgeon Training Course; La Jolla, CA 4/29/05.

44.    The American Geriatric Society's 2005 Annual Scientific Meeting: Section on Surgical and
       Related Medical Specialties; Orlando, FL; 5/11-15/05.
       *CME:  4.5 hours, Category I*

45.    7th Annual Mayo Clinic Advanced Elbow Surgical Skills 'Teach the Teachers' Course:
       Elbow Trauma; Mayo Clinic, Rochester, MN; 5/20-21/05.
       *CME:  11.0 hours, Category I*

46.    4th Annual Zimmer Trauma Update 2005:  Full Cadaveric Course; Omaha, NE 9/9-10/05
       *CME:  11.0 hours, Category I*

47.    Joe W. King Orthopedic Institute's Arthroscopic Rotator Cuff Repair Course; Texas
       Orthopedic Hospital; Houston, TX; 9/30/05-10/1/05.
       *CME:  16.0 hours, Category I*

48.    Metropolitan Omaha Medical Society's Leadership Institute; Omaha, NE; 10/21-22/05.

UP Peterson001703

49.     Depuy's Advanced Surgical Management of Cuff Tear Arthropathy Learning Center; Colorado Springs, CO; January 13, 2006.

50.      LifeWings' Patient Safety and Quality of Care Course; Omaha, NE; 2/25/06.
        *CME:  8.0 hours, Category I*

51.     American Academy of Orthopaedic Surgeons 73rd Annual Meeting; Chicago, IL; 3/22-26/06.
        *CME:  28 hours, Category I*

52.     American Shoulder and Elbow Surgeons 22nd Open Meeting; Chicago, IL; 3/25/06.
        *CME:  8.5 hours, Category I*

53.     The American Geriatric Society's 2006 Annual Scientific Meeting: Section on Surgical and Related Medical Specialties; Chicago, IL; 5/3-7/06.
        *CME:  4.5 hours, Category I*

54.     8th Annual Mayo Clinic Advanced Elbow Surgical Skills 'Teach the Teachers' Course: The Stiff Elbow; Mayo Clinic, Rochester, MN; 5/19-20/06.
        *CME:  12.0 hours, Category I*

55.     American Academy of Orthopaedic Surgeons 74th Annual Meeting; San Diego, CA; 2/14-2/18/07.
        *CME:  27 hours, Category I*

56.     American Shoulder and Elbow Surgeons 23rd Open Meeting; San Diego, CA; 2/17/07.
        *CME:  8 hours, Category I*

57.     9th Annual Mayo Clinic Advanced Elbow Surgical Skills 'Teach the Teachers' Course: Elbow Arthroscopy; Mayo Clinic, Rochester, MN; 5/18-19/07.
        *CME:  11.5 hours, Category I*

58.     Treatment Options for Difficult Fractures:  Advanced Technology Symposium supported by Synthes; Omaha, NE; 8/18/07.
        *CME:  6.5 hours, Category I*

59.     AAOS Clinician-Patient Communication To Enhance Health Outcomes Workshop; Omaha, NE 9/29/07.  *CME: 4.0 hours, Category I*

60.     Jahnigen Scholars Leadership Meeting; Ft. Lauderdale, FL; 1/11-13/08.

61.     American Academy of Orthopaedic Surgeons 75th Annual Meeting; San Francisco, CA; 3/5/08-3/9/08.  *CME: 27 hours, Category;* ICL #268:  Marking the Diagnosis in Shoulder Injury: Integration of History and Physical & #148:  The Technique, Theory, and Results for the Reverse (Delta-Type) Shoulder Prosthesis.

62.     American Shoulder and Elbow Surgeons 24th Open Meeting; San Francisco, CA; 3/9/08.
        *CME:  8 hours, Category I*

63.     Mid-America Orthopaedic Association's 26th annual meeting; Orlando, FL; 4/16-20/08.
        *CME:  7 hours, Category I*

64.     American Shoulder and Elbow Surgeons 2008 Annual Closed Meeting; Santa Barbara, CA; 9/3-6/08. *CME:  10.5 hours, Category I*

65.     American Academy of Orthopaedic Surgeons 76th Annual Meeting; Las Vegas, NV; 2/25/08-2/28/09.  *CME: 27 hours, Category I*

8

UP Peterson001704

66.  American Shoulder and Elbow Surgeons 25th Open Meeting; Las Vegas, NV; 2/28/09.
     *CME:  8 hours, Category I*

67.  American Orthopaedic Association's (AOA) 122nd Annual Meeting; Bonita Springs, FL; 6/9/09-
     6/13/09.  *CME:  9.75 hours, Category I*

68.  American Shoulder and Elbow Surgeons International Symposium on Shoulder and Elbow
     Arthroscopy; New York, NY; 10/24/09.  *CME:  7.75 PRA, Category I*

69.  American Shoulder and Elbow Surgeons 2009 Annual Closed Meeting; New York, NY; 10/25/09-
     10/27/09.  *CME:  10.5 hours, Category I*

70.  American Academy of Orthopaedic Surgeons 77th Annual Meeting; New Orleans, LA; 3/9/10-
     3/12/10. *CME:  27 hours, Category I*

71.  American Shoulder and Elbow Surgeons' 26th Open Meeting; New Orleans, LA; 3/13/10.
     *CME: 8 hours, Category I*

72.  2010 National Orthopaedic Leadership Conference (NOLC); Washington, D.C.; 4/28/10-
     5/1/10.

73.  American Orthopaedic Association's (AOA) 123rd Annual Meeting; San Diego, CA; 6/9/10-
     6/12/10. *CME:  10.25 hours, Category I*

74.  Surviving Value Based Purchasing; University of Nebraska Medical Center's Center for
     Continuing Education, Omaha, NE; 10/13/10-11/12/09. *CME:  1.00 hours, Category I*

75.  Physicians Development Leadership Series for Physicians in Management at the University of
     Nebraska Medical Center:  Session I, Interpersonal Effectiveness, 9/9/10
     *CME:  2.5 hours, Category I*

76.  Physicians Development Leadership Series for Physicians in Management at the University of
     Nebraska Medical Center:  Session II, Conflict Management, 10/13/10.
     *CME:  2.5 hours, Category I*

77.  Physicians Development Leadership Series for Physicians in Management at the University of
     Nebraska Medical Center: Session IV:  Negotiating Theory and Practice, 3/18/11.
     *CME:  2.5 hours, Category I*

78.  2010-2011 UNMC Faculty Development Administrative Colloquium.  9/20-21, 2010; 11/18/2010;
     1/24-25/2011; 3/16/2011, & 5/17/2011.
     *CME:  31.25  hours, Category I*

79.  American Academy of Orthopaedic Surgeons 78th Annual Meeting; San Diego, CA; 2/16/11-
     2/18/11.  *CME:  27 hours, Category I*

80.  American Shoulder and Elbow Surgeons' 27th Open Meeting; San Diego, CA; 3/13/10.  *CME: 8
     hours, Category I*

81.  Physicians Development Leadership Series for Physicians in Management at the University of
     Nebraska Medical Center: Session VI:  Decision Making in Teams, 4/14/11.
     *CME:  2.5 hours, Category I*

82.  2012 National Orthopaedic Leadership Conference.  Washington, D.C., 4/25-27/12.  *CME:  5
     hours, Category I*

9

UP Peterson001705

83. American Board Medical Specialty (ABMS) Member Board Certification, Recertification through the American Board of Orthopaedic Surgery (ABOS) in 6/2012.
**CME: 60 hours, Category I**

84. TeamSTEPPS- Team Strategies and Tools to Enhance Performance & Patient Safety. Sponsored by Columbus Community Hospital, Columbus, NE; 10/18/12. **CME: 4 hours, Category I.**

85. American Orthopaedic Association's (AOA) 126th Annual Meeting; Denver, CO; 6/12/13-6/15/13. **CME: 2.0 hours, Category I.**

86. Arthroscopic Shoulder and Elbow Surgery: An International Perspective. Las Vegas, NV; 10/12/13. **CME: 7.25 hours, Category I.**

87. American Shoulder and Elbow Surgeons' 2013 closed meeting. Las Vegas, NV; 10/12-15/13. **CME: 12.5 hours, Category I.**

88. American Academy of Orthopaedic Surgeons' 2015 Annual Meeting. Las Vegas, NV; 3/24-27/15. **CME: 35 AMA PRA Cateogry I.**
ICL's attended:   #248- Complex Shoulder Arthroplasty: Case Discussions and Management
#270- Shoulder Arthroplasty: How to Do Them All
#310- Pitfalls in the Operative Management of Common Shoulder Problems: How to Avoid them and What to Do When They Occur
#328- Rotator Cuff Controversies
#410- New Frontiers in Shoulder Instability: From Cutting Open to Cutting Edge and Back Again
#428- All Things Clavicle: From Ac to SC and All Points in Between
#449- Proximal Humerus Fractures: Current Treatment Options, Pearls, and Pitfalls

89. American Shoulder and Elbow Surgeons' 2015 Specialty Day. Las Vegas, NV; 3/28/15. **CME: 4.25 AMA PRA Category I Credits.**

90. American Shoulder and Elbow Surgeons' 2018 Open Symposium. Chicago, IL; 10/10/18. **CME: 8.0  hours, Category I.**

91. American Shoulder and Elbow Surgeons' 2018 closed meeting. Chicago, IL; 10/11-14/18. **CME: 15.00 hours, Category I.**

92. American Academy of Orthopaedic Surgeons' (AAOS) Expert Witness #3646 course: Solving the Legal Quagmire-Methods and Insights. Chicago, IL; 10/25/18. **CME: 5.75 AMA PRA Category I credits.**

93. American Academy of Orthopaedic Surgeons' (AAOS) 20th Annual Workers' Compensation and Musculoskeletal Injuries: Improving Outcomes with Back-to-Work , Legal, and Administrative Strategies. Chicago, IL; 10/26-28/18. **CME: 25.00 AMA PRA Category I credits.**

94. American Academy of Orthopaedic Surgeons' 2019 Annual Meeting. Las Vegas, NV; 3/12-15/10. **CME: 8.0 AMA PRA Cateogry I.**
ICL's attended: #448: Tips and Tricks for Common Fractures in the Community

89. American Shoulder and Elbow Surgeons' 2019 Specialty Day. Las Vegas, NV; 3/16/19. **CME: 6.0 AMA PRA Category I Credits.**

90. Wright Medical's Masters Symposium. Dallas, TX; 4/4-6/19.

UP Peterson001706

91.     WLA MOC test; June 2020- *CME: 8.0 AMA PRA Category I Credits*

92.     InforMed 2020 Nebraska Medical Licensure Program on Opioids; 7/29/2020; *CME:  5.0 AMA PRA Category I Credits.*


**11.   TEACHING RESPONSIBILITIES:**

**A. Courses Taught**

1.      Primary Care CME Course:  "Practical Approaches to Common Orthopaedic Problems," Shoulder & Elbow Section.  University of Washington, Seattle, WA.  February 8-9, 2000.  Lectures:
                a. Clavicle Fractures
                b. Acromioclavicular Joint Instability and Arthritis
                c. Shoulder Trauma

2.      Basic AO/ASIF Orthopaedic Trauma:  Team Approach to Fracture Management
         AO/ASIF Nursing Continuing Education; Faculty Member-Table Instructor
         Omaha, NE. October 5-6, 2001.

3.      Excel Physical Therapy Shoulder Program:  "Shoulder Surgery:  What's Current In 2002?"
         Georgetown Club, Omaha NE.  May 2, 2002.
         Lectures:   a. Diagnostic Ultrasound
                 b. The "Weep Hole" Technique for Glenoid Fixation

4.      Alegent Health Orthopaedic Institute's "All About Orthopaedics II" Seminar
         Primary Care, R.N., & Therapist Continuing Ed.; Omaha, NE. September 6, 2002.
         Lecture:  "Shoulder Replacement for Arthritis."

5.      National Association of Orthopaedic Nurses' Mid Plains Chapter Fall Workshop
         Omaha, NE.  September 26, 2002.  Lecture:  "The Aging Shoulder."

6.      University of Nebraska Medical Association Medical Student Chapter
         2003 Residency Symposium- Orthopaedic Surgery section; April 26, 2003;
         University of Nebraska Medical Center; Omaha, NE

7.      University of Nebraska Medical Center's 32nd Annual Family Practice Review:
         "Best Practices for the 21st Century"; Omaha, NE; May 8, 2003
         Lecture:  Shoulder Pain in the Adult

8.      Creighton University/University of Nebraska Health Foundation Orthopaedic Residency
         2003 Graduation, Shoulder Symposium Director & host; Dr. Charles Rockwood, Jr.- Visiting
         Professor.  Omaha, NE; June 28, 2003.

9.      SUNY's 'Concepts in Locking Plating- A Trauma Symposium,' sponsored by Synthes
         Omaha, NE August 23, 2003.  Lecture:  The Proximal Humerus Locking Plate.

10.      University of Nebraska Medical Center's 33rd Annual Family Practice Review:  "Best
         Practices for the 21st Century"; Omaha, NE; May 6, 2004
          Lecture:  Shoulder Pain in the Adult

11.      Omaha Sports Medicine Alliance's (OSMA) 2004 Sports Medicine Summer Symposium:
         'Shoulder Injuries in the Throwing Athlete.'  Omaha, NE July 31, 2004.
         Lecture:  Shoulder Stability

UP Peterson001707

12.     University of Nebraska Medical Center's 34th Annual Family Practice Review:  "Best Practices for the 21st Century"; Omaha, NE; May 4, 2005
         Lecture:  Shoulder Pain in the Adult

13.     4th Annual Zimmer Trauma Update 2005:  Full Cadaveric Course. Omaha, NE 9/9-10/05. Lectures:  1.  Adult Acute Simple and Complex Elbow Instability, & 2. 3- and 4-part Proximal Humerus Fractures:  to Fix or Replace?

14.     The Nebraska Medical Center Peri-operative Services Continuing Nursing Education:  "Shoulder/Elbow Surgery 2006".  Omaha, NE; February 15, 2006.

15.     University of Nebraska Medical Center's 35th Annual Family Practice Review:  "Best Practices for the 21st Century".  Omaha, NE; April 28, 2006
         Lecture:  Shoulder Pain in the Adult

16.     Faculty for AO North America Nursing Continuing Education:  An Advanced Course of Fracture Management for Operating Room Personnel, a Team Approach.  Lectures:  1. "Distal Humerus Fractures" & 2. "Indications for ORIF of Proximal Humerus and Humeral Shaft Fractures";  Omaha, NE; 8/3/06-8/4/06.

17.     The Omaha VA Medical Center Peri-operative Services Continuing Nursing Education:  "Shoulder/Elbow Surgery 2006".  Omaha, NE; August 14, 2006.

18.     Association for Operating Room Nurses (AORN) Continuing Nursing Education:  "What's New in Shoulder and Elbow Surgery?" Omaha, NE; October 11, 2006.

19.     University of Nebraska Medical Center's 35th Annual Family Practice Review: "Best Practices for the 21st Century"; Omaha, NE; April 2007. Lecture:  "Shoulder Pain in the Adult."

20.     Mid-Central States Orthopaedic Society's 2007 annual meeting guest lecturer.  Lectures:  1. Humeral Head Replacement with a CTA Head for Cuff Tear Arthropathy, and 2. Acute Adult Simple and Complex Elbow Instability.

21.     Faculty for "Treatment Options for Difficult Fractures:  Advanced Technology," a symposium supported by Synthes; Omaha, NE; 8/18/07.  Lecture:  Distal Humerus Fractures.

22.     Moderator for 'Shoulder break-out session" as part of the Mid-America Orthopaedic Association's 26th annual meeting; Orlando. FL. 4/18/08.

23.     University of Nebraska Medical Center's 35th Annual Family Practice Review:  "Best Practices for the 21st Century"; Omaha, NE; April, 2008.  Lecture:  Shoulder Pain in the Adult.

24.     University of Nebraska Medical Center's 35th Annual Family Practice Review:  "Best Practices for the 21st Century"; Omaha, NE; May 1, 2009.  Lecture:  Shoulder Pain in the Adult.

25.     Tornier's 3rd annual Shoulder Masters Symposium Faculty Member.  Chicago, IL; September 25-26, 2009.  Lecture:   Hemiarthroplasty for Cuff Tear Arthropathy.

26.     National Association of Orthopaedic Nurses' Mid Plains Chapter Winter Workshop Omaha, NE.  January 28, 2010.  Lecture:  "Shoulder and Elbow 2010."

27.     University of Nebraska Medical Center's 36th Annual Family Practice Review:  "Best Practices for the 21st Century"; Omaha, NE; April 25, 2011.  Lecture:  Shoulder Pain in the Adult.

UP Peterson001708

28.    Tornier's 4th annual Shoulder Masters Symposium Faculty Member.  Chicago, IL; September 24-25, 2010.  Lectures:  1.  How Magical is the Magic Peg?  2.  The Aequalis IM Nail: Biomechanics Compared to Locked Plating.

29.    Shoulder Pain in the Adult:  Lecture at the Columbus Community Hospital, 2/11/11 & 3/25/11, Columbus, NE.

30.    University of Nebraska Medical Center's 37th Annual Family Practice Review: "Best Practices for the 21st Century"; Omaha, NE; April 15, 2011.  Lecture:  Shoulder Pain in the Adult.

31.    Tornier's 6th Annual Shoulder Masters Symposium Faculty Member.  Chicago, IL; September 27-28, 2013.  Lecture: How to Safely Nail a 2-part Surgical Neck Fracture.

32.    Wright Medical's 2019 Spring Fellows Course.  Las Vegas, NV; 4/11-13/19. Lectures: 1. Stemmed vs. Stemless, 2. When to Replace for Fracture, 3. Reverse Instability

## 12.    SPECIAL  RESPONSIBILITIES/COMMITTEES:

### A.    University of Nebraska Medical Center

1.    Operating Services Committee, 9/11/03-5/1/12
2.    Clinical Research Center Scientific Advisory Committee, 11/9/04-5/1/12.
3.    Patient Hand-off and Communications Committee- 10/05/05-5/1/12.
4.    Delegate for the University of Nebraska Medical Center- 9/17/06-5/1/12.
5.    Pre-op Order Standardization Six Sigma Project- 5/08-6/09

### B.    Omaha, Nebraska Community
1.    Archdiocese of Omaha Catholic Cemeteries Board of Directors, 12/31/04- 5/22/08.
2.    Omaha YMCA volunteer youth basketball coach, 2002-07.
3.    Volunteer youth club basketball coach, 10/2010-3/2012.
4.    Volunteer youth club baseball coach, 7/8/17-present.

### C.    State Offices
1.    Elected President-elect of Nebraska State Orthopaedic Society for 7/1/09-7/1/11.
2.    President- Nebraska State Orthopaedic Society- 7/1/11-7/1/13.

### D.    Columbus Community Hospital
1.    PHO Board member- Jan. 1, 2013-Dec. 31, 2016.
2.    Surgical Services Committee, Jan. 2013-1/1/2020
3.    Patient Safety Committee, Jan. 2015-1/1/2020.
4.    VTE Committee, Jan. 2016-1/1/2020

### E.    Columbus, Nebraska Community
1.    Volunteer youth basketball coach: 11/12-3/1/17.
2.    Volunteer youth baseball coach:  9/13-3/1/17.

### F.    American Shoulder and Elbow Surgeons
1.    ASES ad hoc Fellowship Match Committee- 2015-16.
2.    ASES Fellowship Match Committee 6/27/16-6/27/17.
3.    ASES Fellowship Review Committee- 4/17-4/18.

## 13.    EDITORIAL POSITIONS:

UP Peterson001709

    **A.**   Associate Editor for 'The Shoulder,' 4th edition; Saunders, Philadelphia, PA, 2/2009.

    **B.**   Co-editor for 'The Shoulder,' 5th edition; Saunders, Philadelphia, PA, 10/2016.

    **C.**   Assistant Editor for *The Journal of Shoulder and Elbow Surgery,* 10/25/09-present.

**14.**   <u>**BIBLIOGRAPHY:**</u>

    **A.**  **Journal Articles Published- Peer Reviewed**

1.   **Fehringer EV,** and Crosby LA:  Fracture of the Month:  Dislocation of the Knee, A Case Report and Review of the Literature.  *Nebraska Medical Journal,* 80:  309-310, October 1995.

2.   **Fehringer EV,** Tiedeman, JJ, Dobler K., and McCarthy JA:  Bilateral Endoscopic Carpal Tunnel Releases:  Simultaneous Versus Staged Operative Intervention.  *Arthroscopy:  The Journal of Arthroscopic and Related Surgery*, 18 (3):  316-321, March 2002.

3.   **Fehringer EV,** Kopjar B, Boorman, RS, Churchill RS, and Matsen FA III.:  Characterizing the Functional Improvement after Total Shoulder Arthroplasty for     Osteoarthritis.  *The Journal of Bone and Joint Surgery,* 84-A(8):  1349-1353, 2002.

4.   Woodhouse ES, **Fehringer EV,** Benda P, and Matsen FA III:  Occult Lung Metastases to the Acromion Following Total Shoulder Arthroplasty:  A Case Report and Review of the Literature.  *The Journal of Shoulder and Elbow Surgery,* 2002 Nov.-Dec.; 11(6): 645-47.

5.   **Fehringer EV,** Schmidt GR, Boorman RS, Churchill RS, Smith KL, Norman AG, Sidles JA, and Matsen FA III:  The Anteroinferior Labrum Helps Center the Humeral Head on the Glenoid.  *The Journal of Shoulder and Elbow Surgery*, 2003 Jan.-Feb.; 12(1):  53-58.

6.   Boorman RS, Kopjar B, **Fehringer EV,** Churchill RS, Smith KL, Matsen FA III:  The Effect of Total Shoulder Arthroplasty on Self-Assessed Health Status Is Comparable to that of Total Hip Arthroplasty and Coronary Artery Bypass Grafting. *The Journal of Shoulder and Elbow Surgery*, 2003 Mar.-Apr.; 12(2):  158-163.

7.   Shafer BL, **Fehringer EV,** Boorman RS, Churchill RS, Matsen FA III:  Ulnar Component Fracture After Revision Total Elbow Arthroplasty with Proximal Ulnar Bone Loss:  A Report of Two Cases.  *The Journal of Shoulder and Elbow Surgery,* 2003 May-June; 12(3):  297-301.

8.   Churchill RS, **Fehringer EV,** Dubinsky T, Matsen FA III:  Rotator Cuff Ultrasonography:  Diagnostic Capabilities.  *The Journal of the American Academy of Orthopaedic Surgeons*, 2004 Jan.-Feb.; 12(1): 6-11.

9.   Churchill RS, Boorman RS, **Fehringer EV,** Matsen FA III:  Glenoid Cementing May Generate Sufficient Heat to Endanger the Surrounding Bone. *Clinical Orthopaedics and Related Research,* 2004 February (419): 76-79.

10.  Prince EJ, Breien KR, **Fehringer EV,** Mormino MA:  The Relationship of the Axillary Nerve and its Branches to Proximal Locking Screws in Four Commercially Available Antegrade Humeral Nails.  *The Journal of Orthopaedic Trauma*, 2004 Oct; 18(9): 585-588.

11.  Mahoney CR, **Fehringer EV,** Kopjar B, Garvin KL:  Femoral Revision with Impaction Grafting and a Collarless, Polished, Tapered Stem.  *Clinical Orthopaedics and Related Research,* 2005 March (432):  181-187.

UP Peterson001710

12. Churchill RS, Kopjar B, **Fehringer EV,** Boorman RS, Matsen FA III:  Humeral Component Modularity May Not Be An Important Factor in the Outcome of Shoulder Arthroplasty for Osteoarthritis.  *The American Journal of Orthopedics*, 2005 April XXXIV (4):  173-176.

13. Matsen FA III, **Fehringer EV**:  Letter to the editor.  *The Journal of Bone and Joint Surgery,* 2006 February, 88-A(2):  448-50.

14. Kibuule LK, **Fehringer EV:**  Distal Triceps Tendon Rupture and Repair in an Otherwise Healthy Pediatric Patient:  A Case Report and Review of the Literature. *The Journal of Shoulder and Elbow Surgery,* 2007 May-June; 16(3): e1.

15. **Fehringer EV,** Buck DC, Clare DJ, Clare PE.  Open Anterior Repair Without Routine Capsulorraphy for Traumatic Anterior Shoulder Instability by a Community Surgeon. *Orthopedics*, 2008 April; 31 (4): 365.

16. **Fehringer EV,** Rosipal CE, Rhodes DA, Lauder AJ, Puumala SE, Feschuk CE, Mormino MA, Hartigan DE. The Radiographic Acromiohumeral Interval is Affected by Arm and X-ray Position in Healthy Shoulders. *The Journal of Skeletal Radiology,* 2008 June; 37 (6): 535-39.

17. **Fehringer EV,** Sun, J, VanOeveren LS, Keller BK, Matsen FA III.  Full Thickness Rotator Cuff Tear Prevalence and Correlation with Function and Co- Morbidities in Patients 65 Years and Older.  *The Journal of Shoulder and Elbow Surgery,* 2008 Nov-Dec; 17 (6):  881-85.

18. Samuelson EM, Cordero GX, **Fehringer EV.**  Fracture of a Reverse Total Shoulder Arthroplasty Retentive Liner.  *Orthopedics,* 2009 March; 32 (3): 211.

19. **Fehringer EV,** Burns EM, Knierim A, Sun J, Apker KA, Berg RE.  Radiolucencies Surrounding a Smooth-Stemmed Radial Head Component May Not Correlate with Forearm Pain or Poor Elbow Function. *The Journal of Shoulder and Elbow Surgery*, 2009 Mar-Apr; 18(2):275-8.

20. **Fehringer EV**, Mikuls TR, Michaud KD, Henderson WG, & O'Dell JR. Shoulder Arthroplasties have Fewer Complications than Hip or Knee Arthroplasties in US Veterans. *Clinical Orthopaedics  and Related Research,* 2010 March; 468(3):717-22.

21. Arnold RA, **Fehringer EV.**  Displaced Basal Coronoid Fracture and Fixation in a 7 Year Old: A Case Report and Review of the Literature.  *Shoulder and Elbow* 2009 (1):  104-107.  DOI: 10.1111/j.1758-5740.2009.00029.x

22. Arnold RA, Weber JP, Sun J, **Fehringer EV**.  Evaluation of a Cuff Tear Arthropathy Hemiprosthesis for the Treatment of Glenohumeral Arthritis in the Presence of a Chronic Rotator Cuff Tear.  *Shoulder and Elbow* 2010 (2):  13-16. DOI: 10.1111/j.1758-5740.2010.00035.x

23. **Fehringer EV,** Sun J, Cotton J, Carlson MJ, Burns EM.   Healed Cuff Repairs Have Scores Equal to Untorn Shoulders in Those 65 Years and Older.  *Clinical Orthopaedics and Related Research,* 2010 Jun; 468(6): 1521-5.

24. Arnold RA, High RR, Grosshans KT, Walker CW, **Fehringer EV.**  CT Evidence of Bone Incorporation Between Radial Fins of an Uncemented Glenoid Component Central Peg.  *The Journal of Shoulder and Elbow Surgery*, 2011 March; 20(2):  315-21.

25. Bormann K, Carlson MJ, Mormino MA, **Fehringer EV.**  Anterior Plate Fixation of Humeral Shaft Fractures Yields Comparable Overall Upper Extremity Function but Poorer Shoulder Function Than Posterior Plate Fixation.  *Shoulder and Elbow,* 2011 January 3(1):  22-27. DOI: 10.1111/j.1758-5740.2010.00100.x

26. Ren K, Purdue E, Burton L, Chen F, **Fehringer EV,** Goldring S, Wang D.  Early Detection and

15

UP Peterson001711

Treatment of Wear-Induced Inflammation and Bone Loss in a Mouse Calvarial Model Using HPMA Copolymer Conjugates. *Molecular Pharmaceutics* 2011 Aug 1;8(4):1043-51.

27. Hatzidakis AM, Shevlin, MJ, Fenton D, Everett D, Nowinski RJ, **Fehringer EV**. Angular-Stable Locked Intramedullary Nailing of Two Part Surgical Neck Fractures of the Proximal Humerus. *The Journal of Bone and Joint Surgery-Am. 20*11 Dec 7:93(23): 2172-9.

28. Erpelding JM, High RR, Mailander AM, Mormino MA, **Fehringer EV**. Outcomes Following Distal Humeral Fracture Fixation with an Extensor Mechanism-On Approach. *The Journal of Bone and Joint Surgery-Am*. 2012 March 21; 94(6): 548-53.

29. Firestone DE, Arnold RM, **Fehringer EV**. Two-Year Follow-up of Shoulder Hemiarthroplasty with a CTA Head for Cuff Tear Arthropathy. *Shoulder and Elbow*, 2012 July 4(3): 174-178. DOI: 10.1111/j.1758-5740.2012.00187.x

30. Knierim AE, Bollinger AJ, Wirth, MA, **Fehringer EV**. Short, Locked Humeral Nailing Via Neviaser's Portal: An Anatomic Study. *The Journal of Orthopaedic Trauma*. 2013 Feb; 27(2):63-7. doi: 10.1097/BOT.0b013e31825194ad. PMID: 22534686

31. Liu X-M, Zhang Y, Chen F, Khutsishvili I, **Fehringer EV**, Marky LA, Bayles KW, Wang D. Prevention of Orthopedic Device-associated Osteomyelitis Using Oxacillin-containing Biomineral-binding Liposomes. *Pharmaceutical Research*, 2012 Nov; 29(11):3169-79. doi: 10.1007/s11095-012-0812-7.

32. Carter MJ, Mikuls TR, Nayak S, **Fehringer EV**. Michaud K. A systematic review and meta-analysis of the impact of total shoulder arthroplasty on health-related quality of life." *The Journal of Bone and Joint Surgery-Am*. 2012 Sept 5; 94(17): e1271-9.

33. Erpelding JM, Mormino MA, **Fehringer EV**. Distal Humeral Fracture Fixation with an Extensor Mechanism-On Approach. *The Journal of Bone and Joint Surgery-Am. JBJS Essential Surgical Techniques* 2012 May 09; 2(2): 1-13. doi: 10.2106/JBJS.ST.K.00047

34. Dusad A, Chakkalakal DA, Namavar F, Haider H, Hanisch B, Duryee MJ, Diaz A, Rensch A, Zhang Y, Hess R, Thiele GM, **Fehringer EV**. Titanium Implant With Nanostructured Zirconia Surface Promotes Maturation of Peri-Implant Bone in Osseointegration. *Journal of Engineering in Medicine,* 2013 May; 227 (5): 510-522. DOI: 10.1177/0954411913479300.

35. Michaud K, **Fehringer EV,** Garvin K, O Dell JR, Mikuls TR. Rheumatoid Arthritis Patients Are Not at Increased Risk for 30-Day Cardiovascular Events, Infections or Mortality Following Total Joint Arthroplasty. *Arthritis Res Ther.* 2013 Nov 20; 15(6): R195. PMID: 24252350.

36. Ren K, Dusad A, Yuan F, Yuan H, Purdue PE, **Fehringer EV,** Garvin KL, Goldring SR, Wang D. Macromolecular prodrug of dexamethasone prevents particle-induced peri-implant osteolysis with reduced systemic side effects. *J Control Release*. 2014 Feb 10;175:1-9. doi: 10.1016/j.jconrel.2013.11.024. PMID: 24326124.

37. Ren K, Dusad A, Zhang Y, Purdue PE, **Fehringer EV,** Garvin KL, Goldring SR, Wang D. Early Diagnosis of Orthopedic Implant Failure Using Macromolecular Imaging Agents. *Pharm Res*. 2014 Aug; 31(8): 2086-94. Doi: 10.1007/s11095-014-1310-x. PMID: 24590878.

38. Jia Z, Zhang Y, Chen YH, Dusad A, Yuan H, Ren K, Li F, **Fehringer EV**, Purdue PE, Goldring SR, Daluiski A, Wang D. Simvastatin prodrug micelles target fracture and improve healing. *J Control Release.* 2015 Feb 28;200: 23-34. Doi: 10.1016/j.conrel.2014.12.028. PMID: 25542644.

16

UP Peterson001712

39. Churchill RS, Spencer EE Jr, **Fehringer EV.** Quantification of B2 glenoid morphology in Total Shoulder Arthroplasty. *The Journal of Shoulder and Elbow Surgery*. 2015 Aug;24(8):1212-7. doi: 10.1016/j.jse.2015.01.007. PMID: 25745828.

40. Dilisio MF, May NR, Vincent SA, High RR, Walker CW, Manzer MN, Apker KA, **Fehringer EV.** The Association of Incomplete Glenoid Component Seating and Periprosthetic Glenoid Radiolucencies After Total Shoulder Arthroplasty. *The Journal of Shoulder and Elbow Surgery.* 2016 Mar; 25(3): 442-7. doi: 10.1016/j.jse.2015.08.005. Epub 2015 Oct 9. PMID: 26456426.

41. Dilisio MF, Hatzidakis AM, Nowinski RJ, **Fehringer EV.** Intramedullary Nailing of the Proximal Humerus: Evolution, Technique and Results. *The Journal of Shoulder and Elbow Surgery.* 2016 Feb 16. pii: S1058-2746(15)00630-8. doi: 10.1016/j.jse.2015.11.016. [Epub ahead of print] PMID: 26895601.

42. Zhang Y, Jia Z, Yuan H, Dusad A, Ren K, Wei X, **Fehringer EV**, Purdue PE, Daluiski A, Goldring SR, Wang D. The Evaluation of Therpeutic Efficacy and Safety Profile of Simvastatin Prodrug Micelles in a Closed Fracture Mouse Model. *Pharm Res.* 2016 Aug; 33(8): 1959-71. Doi: 10.1007/s110995-016-1932-2. Epub 2016 May 10. PMID: 27164897.

43. Wei X, Li F, Zhao G, Chhonker YS, Averill CE, Galdamez J, Purdue PE, Wang X, **Fehringer EV,** Garvin KL, Goldring SR, Alnouti Y, Wang D. Pharmacokinetic and biodistribution studies of HPMA copolymer conjugates in an aseptic implant loosening mouse model. Mol Pharm. 2017 Mar 25. doi: 10.1021/acs.molpharmaceut.7b00045. [Epub ahead of print] PMID: 28343392.

44. **Fehringer EV**, Dilisio MF, Greco CE, Fleming SM, Brezenski JA, High RR. Changing Body Movement Patterns in 9-Year Old Baseball Throwers: A Pilot Study. *Orthop J Sports Med*. 2017 Jun 28;5(6):2325967117713023. doi: 10.1177/2325967117713023. eCollection 2017 Jun. PMID: 28695140.

45. Liu Y, Jia Z, Akhter MP, Gao X, Wang X, Wang X, Zhao G, Wei X, Zhou Y, Wang X, Hartman CW, **Fehringer EV**, Cui L, Wang D. Bone-targeting liposome formulation of Salvianic acid accelerates the healing of delayed fracture Union in Mice. *Nanomedicine*. 2018 Aug 1. pii: S1549-9634(18)30501-X. doi: 10.1016/j.nano.2018.07.011. [Epub ahead of print] PMID: 30076934

46. Matsen FA 3rd, Iannotti JP, Churchill RS, De Wilde L, Edwards TB, Evans MC, **Fehringer EV**, Groh GI, Kelly JD 2nd, Kilian CM, Merolla G, Norris TR, Porcellini G, Spencer EE Jr, Vidil A, Wirth MA, Russ SM, Neradilek M, Somerson JS. One and two-year clinical outcomes for a polyethylene glenoid with a fluted peg: one thousand two hundred seventy individual patients from eleven centers. *Int Ortho*p. 2018 Dec 3. doi: 10.1007/s00264-018-4213-3. [Epub ahead of print]. PMID: 30511283

47. Pinto MC, Archie AT, Mosher ZA, Ransom EF, McGwin G, **Fehringer EV**, Brabston EW 3rd, Ponce BA. *J Shoulder Elbow Surg*. 2019 Aug;28(8): 1595-1600. doi:10.1016/j.jse.2019.01.015. PMID: 30982698.

48. Brabston EW, **Fehringer EV,** Owen MT, Ponce BA. Stemless Humeral Implants in Total Shoulder Arthroplasty. *J Am Acad Orthop Surg*. 2020 Apr 1;28(7): e277-287. doi: 10.5435/JAAOS-D-16-00747. PMID: 31860584.

49. Jia Z, Zhao G, Wei X, Kong D, Sun Y, Zhou Y, Lele SM, **Fehringer EV**, Garvin KL, Goldring SR, Wang D. Structural optimization of HPMA copolymer-based dexamethasone prodrug for improved treatment of inflammatory arthritis. *J Control Release*. 2020 May 20: S0168-3659(20)30305-9. doi: 10.1016/j.jconrel.2020.05.028. PMID: 32445658

UP Peterson001713

**B.   Book Chapters**

1.   **Fehringer EV:**  Arthritis, Arthroplasty, & Arthrodesis of the Shoulder.  In Orthopedics Secrets, 2nd edition, Brown, D.E., & Neumann, R.D. (eds).  Hanley & Belfus, Inc., Philadelphia, PA: pp. 101 106, 1999.

2.   **Fehringer EV:**  Arthritis of the Elbow. In Orthopedics Secrets, 2nd edition, Brown, D.E., & Neumann, R.D. (eds).  Hanley & Belfus, Inc., Philadelphia, PA:  pp. 130-134, 1999.

3.   **Fehringer EV,** Matsen FA III:  Open Repair for Recurrent Traumatic Anterior Instability.  In Surgical Techniques for the Shoulder and Elbow, Barber, F.A., & Fischer, S. (eds.), Thieme, New York, NY, 2003.

4.   **Fehringer EV:**  Arthritis, Arthroplasty, & Arthrodesis of the Shoulder.  In Orthopedics Secrets, 3rd edition, Brown, D.E., & Neumann, R.D. (eds).  Hanley & Belfus, Inc., Philadelphia, PA, 2004.

5.   **Fehringer EV:**  Arthritis of the Elbow. In Orthopedics Secrets, 3rd edition, Brown, D.E., & Neumann, R.D. (eds).  Hanley & Belfus, Inc., Philadelphia, PA, 2004.

6.   **Fehringer EV,** Matsen FA III:  Chapter 2:  Shoulder Arthroplasty Outcomes.  In Shoulder Arthroplasty, Complex Issues in the Primary and Revision Setting. Fealy SW, Sperling JW, Warren RF, Craig EV, (eds).  Thieme Publishers, New York, NY, pp. 10-13, 2008.

7.   Matsen FA III, **Fehringer EV,** Lippitt SB, Wirth, MA, and Rockwood CA Jr.: Rotator Cuff, Chapter 15.  In The Shoulder, 4th edition, Rockwood CA Jr., Matsen FA III, Wirth MA, and Lippitt SB, (eds).  Saunders, Philadelphia, PA, 2009.

**C.   Other Publications in Non-Refereed Journals**

1.   **Fehringer EV,** Churchill RS, Boorman RS, Smith KL, and Matsen FA III.   Indications and Applications of Hand-Carried Ultrasound for the Orthopaedic Shoulder Surgeon.  www.sonosite.com/clinical_article_orthopaedic.html

2.   Boorman RS, Kopjar B, **Fehringer EV,** Churchill RS, Smith KL, and Matsen FA III:  The Quality of Life Outcomes Following Total Shoulder Arthroplasty are Comparable to Those of Total Hip Arthroplasty and Coronary Artery Bypass Grafting. *The University of Washington Department of Orthopaedics and Sports Medicine 2002 Research Report:*  35-37.

3.   **Fehringer EV:**  Open Bankart Repair for Traumatic Anterior Shoulder Instability. Published in the *Varsity View* Magazine, 2002.

**15.   PRESENTATIONS:**

**A.  Authored**

1.   **Fehringer EV,** Tiedeman JJ, and McCarthy JA.  Bilateral Endoscopic Carpal Tunnel Releases: Simultaneous Versus Staged Operative Intervention.  Presented at American Orthopaedic Residents Meeting.  Sacramento, CA.  February 1998.

2.   **Fehringer EV,** Tiedeman JJ, and McCarthy JA.  Bilateral Endoscopic Carpal Tunnel Releases: Simultaneous Versus Staged Operative Intervention.  Presented at Mid America Orthopaedic Association Meeting- Southampton, Bermuda, April 1999.

UP Peterson001714

3.  **Fehringer EV,** Kopjar B, Boorman RS, Churchill RS, and Matsen FA III. Characterizing the Functional Improvement After Total Shoulder Arthroplasty for Osteoarthritis.  Presented at the inaugural Douglas T. Harryman II Shoulder and Elbow Society Meeting, July 16-20, 2001.

4.   **Fehringer EV,** Schmidt GR, Boorman RS, Churchill RS, Smith KL, Norman AG, Sidles JA, and Matsen FA III.  The Anteroinferior Labrum Helps Center the Humeral Head on the Glenoid.  Presented at the inaugural Douglas T. Harryman II Shoulder and Elbow Society Meeting, July 16-20, 2001.

5.  **Fehringer EV,** Kopjar B, Boorman RS, Churchill RS, and Matsen FA III.  The Effect of Expressions of Depression on the Outcome of Total Shoulder Arthroplasty. Presented at the inaugural Douglas T. Harryman II Shoulder and Elbow Society Meeting. July 16-20, 2001.

6.  **Fehringer EV,** Kopjar B, Boorman RS, Churchill RS, and Matsen FA III.  Characterizing the Functional Improvement After Total Shoulder Arthroplasty for Osteoarthritis.  Paper No. 152:  Podium presentation at the American Academy of Orthopaedic Surgeons 69th annual meeting- Dallas, TX; February 13-17, 2002.

7.  **Fehringer EV,** Schmidt GR, Boorman RS, Churchill RS, Norman AG, Smith KL, Sidles JA, Matsen FA III.  The Anteroinferior Labrum Helps Center the Humeral Head on the Glenoid.  Poster S-21: Electronic poster presentation at the Arthroscopy Association of North America's annual meeting.  Washington, D.C.; April 25-28, 2002.

8.  **Fehringer EV,** Churchill RS, Boorman RS, Dubinsky T, and Matsen FA III.   Orthopaedic Surgeon-directed Rotator Cuff Ultrasonography in a Clinical Practice.  Presented at the 49th annual Mid-Central States Orthopaedic Society meeting- Omaha, NE; June 9, 2002.

9.   **Fehringer EV,** McCarthy JA, Skowron Lomneth C, Browdy JA, Gross RM, Churchill RS.  Ultrasound-Guided Injection of the Long Head of the Biceps Tendon: A Selective Technique?  Presented at the 2nd Annual Douglas T. Harryman II Shoulder and Elbow Society Meeting, July 22-24, 2002.

10.   **Fehringer EV.**  Complex Elbow Dislocations:  Two Relatively Uncommon Variants and Their Short-Term Follow-Up.  Presented at the 2nd Annual Douglas T. Harryman II; Shoulder and Elbow Society Meeting, July 22-24, 2002.

11.  **Fehringer EV,** Schmidt GR, Boorman RS, Churchill RS, Smith KL, Norman AG, Sidles JA, and Matsen FA III.  The Anteroinferior Labrum Helps   Center the Humeral Head on the Glenoid.  Presented at the Creighton University/University of Nebraska Health Foundation Orthopaedic Surgery Residency 2003 Graduation as part of a Shoulder Symposium.  Omaha, NE; June 28, 2003.

12.  **Fehringer  EV,** Kopjar, B, Boorman RS, Churchill RS, and Matsen FA III.  Characterizing the Functional Improvement After Total Shoulder Arthroplasty for Osteoarthritis. Presented at the Creighton University/University of Nebraska Health Foundation Orthopaedic Surgery Residency 2003 Graduation as part of a Shoulder Symposium.  Omaha, NE; June 28, 2003.

13.  **Fehringer EV.**  Full Thickness Rotator Cuff Tear Prevalence and Correlation with Shoulder Function in Patients 65 Years and Older:  a Preliminary Report.  Poster presentation at the The American Geriatric Society's 2005 Annual Scientific Meeting:  4th annual meeting of the Section on Surgical and Related Medical Specialties; Orlando, FL; May 11-15, 2005.

14.   **Fehringer EV,** VanOeveren LS, Sun J.  Full Thickness Rotator Cuff Tear Prevalence and Correlation with Shoulder Function in Patients 65 Years and Older.  Poster # C129 at the American Geriatric Society's 2006 Annual Scientific Meeting; Chicago, IL; May 3-7, 2006.

UP Peterson001715

15. **Fehringer EV,** VanOeveren LS, Sun J. Cuff Tear Prevalence Increases With Age And Correlates With Poorer Function In Those 65 And Older. Poster # P319 at the 75th Annual Meeting of the American Academy of Orthopaedic Surgeons; San Francisco, CA; March 5-9, 2008.

16. Carlson MJ, Sun J, Cotton J, Burns EM, **Fehringer EV.** Healed Cuff Repairs Have Scores Equal to Normal Shoulders in Those 65 Years and Older. Podium presentation at the American Shoulder and Elbow Surgeons 2009 Closed meeting; New York, NY; October 25-27, 2009.

17. Arnold RA, High RR, Grosshans KT, Walker CW, **Fehringer EV.** CT Evidence of Bone Incorporation Between Radial Fins of an Uncemented Glenoid Component Central Peg. Poster # 72 at the American Orthopaedic Association's 123rd annual meeting; San Diego, CA, June 9-12, 2010.

18. **Fehringer EV.** The Gold Standard: Radiographic and Intra-operative Evaluation. Lecture as part of Symposium M: Hot Topics and Controversies in Primary Shoulder Arthroplasty as part of the AAOS's 77th annual meeting- San Diego, CA; 2/17/2011.

19. Erpelding JM, High RR, Mailander AM, Mormino MA, **Fehringer EV.** Outcomes Following Distal Humeral Fracture Fixation with an Extensor Mechanism-On Approach. E-poster presentation at the American Shoulder and Elbow Surgeons 2011 Closed Meeting; White Sulfur Springs, WV, October 12-15, 2011.

20. May NR, Vincent SA, High RR, Walker CW, Manzer MN, Apker KA, **Fehringer EV.** Less Than 100% Bone Support May Not Be Associated With Radiolucencies With a Partially Cemented Glenoid Component. E-poster presentation at the American Shoulder and Elbow Surgeons 2011 Closed Meeting; White Sulfur Springs, WV, October 12-15, 2011.

## B. Co-authored

1. Boorman RS, Woodhouse E, Churchill RS, **Fehringer EV,** Smith KL, Matsen FA III. Morphing of Polyethylene Glenoid Components With *In Vivo* Use. Presented at the inaugural Douglas T. Harryman II Shoulder and Elbow Society Meeting, July 16-20, 2001.

2. Boorman RS, Kopjar B, **Fehringer EV,** Churchill RS, Smith KL, Matsen FA III. Total Shoulder Arthroplasty Improves Patient Self-Assessed Health Status Comparable to Other Orthopaedic and Non-Orthopaedic Surgical Procedures. Presented at the inaugural Douglas T. Harryman II Shoulder and Elbow Society Meeting, July 16-20, 2001.

3. Churchill RS, Kopjar B, **Fehringer EV,** Boorman RS, Matsen FA III. Humeral Component Modularity May Not Be An Important Factor in the Outcome of Total Shoulder Arthroplasty. Presented at the inaugural Douglas T. Harryman II Shoulder and Elbow Society Meeting, July 16-20, 2001.

4. Churchill RS, Boorman RS, **Fehringer EV,** Matsen FA III. Glenoid Cementing May Generate Sufficient Heat to Endanger the Surrounding Bone. Presented at the inaugural Douglas T. Harryman II Shoulder and Elbow Society Meeting, July 16-20, 2001.

5. Boorman RS, Kopjar B, **Fehringer EV,** Churchill RS, Smith KL, Matsen, FA III. Total Shoulder Arthroplasty Improves Patient Self-Assessed Health Status Comparable to Other Orthopaedic and Non-Orthopaedic Surgical Procedures. Presented at the inaugural Douglas T. Harryman II Shoulder and Elbow Society Meeting, July 16-20, 2001.

6. Mahoney CR, **Fehringer EV,** Garvin KL. Clinical and Radiographic Results in Impaction Grafting of the Femur in Hip Revision: 2-6.5 year results (avg. 4). Presented Hip Society Meeting- Boston, MA; September 2000.

UP Peterson001716

7.  Mahoney CR, **Fehringer EV,** Garvin KL.  Clinical and Radiographic Results in Impaction Grafting of the Femur in Hip Revision:  3-7.5 year results (avg. 5). Presented at the Mid America Orthopaedic Association Meeting- Amelia Island, Florida; April 18-22, 2001.

8.  Boorman RS, Kopjar B, **Fehringer E.V,** Churchill RS, Smith KL, Matsen, FA III.  Total Shoulder Arthroplasty Improves Patient Self-Assessed Health Status Comparable to Other Orthopaedic and Non-Orthopaedic Surgical Procedures.  Accepted as poster P316 for American Academy of Orthopaedic Surgeons 69th annual meeting-Dallas, TX; February 13-17, 2002.

9.  Gross RM, McCarthy JA, Skowron Lomneth C, **Fehringer EV.**  Cemented Glenoid Fixation with the 'Weep Hole' Technique.  Presented at the 2nd Annual DouglasT. Harryman II Shoulder and Elbow Society Meeting, July 22-24, 2002.

10. Prince EJ, Breien KE, **Fehringer EV,** and Mormino MA. The Relationship of Proximal Locking Screws to the Axillary Nerve During Antegrade Insertion of Four Commercially Available Humeral Nails. Poster presentation at the *Mid-America Orthopaedic Association 22nd Annual Meeting*; La Quinta, CA, April 14-18, 2004.

11. Prince EJ, Breien KE, **Fehringer EV,** and Mormino, MA. The Relationship of Proximal Locking Screws to the Axillary Nerve During Antegrade Insertion of Four Commercially Available Humeral Nails. Poster presentation at the *Orthopaedic Trauma Association's  20th Annual Meeting*; Hollywood/Fort Lauderdale, FL, October 8-10, 2004.

12. **Fehringer EV,** Buck DC, Clare DJ, Clare PE, Puumula SE.  Open Anterior Repair Without Routine Capsulorraphy for Traumatic Anterior Shoulder Instability by a Community Surgeon. Presented at the Mid-America Orthopaedic Association's 23rd annual meeting; Amelia Island, FL; April 20-24, 2005.

13. **Fehringer EV,** Tarkin IS, Mormino MA.  Combined Simultaneous Anterior and Posterior Approaches to the Shoulder in the Beach Chair Position for Complex Fractures: A Technique.  Poster presentation #42 at the Mid-America Orthopaedic Association's 23rd annual meeting; Amelia Island, FL; April 20-24, 2005.

14. Rosipal CE, Rhodes DA, Feschuk CA, Lauder AJ, Jaksha JA, Mormino MA, Puumala SE, **Fehringer EV.**  The Acromiohumeral Interval is Affected by Arm Position With Plain Radiography in Healthy Young Volunteers Without Shoulder Symptoms.  Presented at the Mid-America Orthopaedics Association's 24th annual meeting as paper no. 42; San Antonio, TX; April 20, 2006.

15. Michaud K, Mikuls TR, O'Dell JR, Garvin KL, **Fehringer EV,** Wolfe F.  The Impact of Total Knee Replacement on Patient-Reported Pain and Health-Related Quality of Life in Subjects with Rheumatoid Arthritis.  Poster Presentation at the American College of Rheumatology's annual meeting; Boston MA, 11/07.

16. Burns EM, Knierim A, Sun, J, Apker KA, Berg RE, **Fehringer EV.**  Radial Head Replacement Stem Loosening and Its Association with Forearm Symptoms. Poster # P320 at the 75th Annual Meeting of the American Academy of Orthopaedic Surgeons; San Francisco, CA; March 5-9, 2008.

17. Hartman C, Haider H, Branting N, Mormino MA, **Fehringer EV.**  ORS2009-3372. Unicortical locking screws provide comparable rigidity to standard screws in clavicle fixation.  Poster #1536 at the 55th Annual Meeting of the Orthopaedic Research Society; Las Vegas, NV; February 22-25, 2009.  Poster Session 46 Trauma.

18. Arnold RA, Weber JP, Sun J, **Fehringer EV**.  Pre-op Elevation Predicts Post-op Elevation in CTA

21

UP Peterson001717

Hemiathroplasty for Shoulders Without Escape.  Paper No. 560, presented at the American Academy of Orthopaedic Surgeons' 2009 Annual Meeting.  February 27, 2009; Las Vegas, NV.

19. Hartman C, Haider H, Branting N, Mormino MA, **Fehringer EV.**  ORS2009-3372. Unicortical locking screws provide comparable rigidity to standard screws in clavicle fixation. Podium presentation at the Mid-America Orthopaedic Association's 27th annual meeting; Amelia Island, FL; April 22-26, 2009.

20. Arnold RA, Weber JP, Sun J, **Fehringer EV**.  Pre-op Elevation Predicts Post-op Elevation in CTA Hemiathroplasty for Shoulders Without Escape. Podium presentation at the Mid-America Orthopaedic Association's 27th annual meeting; Amelia Island, FL; April 22-26, 2009.

21. Carlson MJ, Sun J, Cotton J, Burns EM, **Fehringer EV.**  Healed Cuff Repairs Have Scores Equal to Normal Shoulders in Those 65 Years and Older. Podium presentation at the Mid-America Orthopaedic Association's 27th annual meeting; Amelia Island, FL; April 22-26, 2009.

22. Shevlin MJ, Hatzidakis AM, Nowinski RJ, **Fehringer EV**.  Clinical and Radiographic Outcomes Following ORIF of 2-part Surgical Neck Proximal Humerus Fractures with a Short, Locked Nail. Podium presentation at the Mid-America Orthopaedic Association's 27th annual meeting; Amelia Island, FL; April 22-26, 2009.

23. Namavar F, Sabirianov RF, Jackson JD, Sharp JG, Gustafson T, Namavar RM, Haider H, **Fehringer EV,** and Garvin KL.  Biocompatibility of Engineered Nanostructures:  Does Electrostatic and Steric Complementarity Between Designer Surface and Cells Enhance Adhesion and Growth? 12th seminar & meeting on: Surface-Reactive Biomaterials with Cells and Tissues; May 19-22, 2009, Faenza, Italy.

24. Arnold RA, High RR, Grosshans KT, Walker CW, **Fehringer EV.**  CT Evidence of Bone Incorporation Between Radial Fins of an Uncemented Glenoid Component Central Peg.  Paper No. 174, presented at the American Academy of Orthopaedic Surgeons' 76th annual meeting, New Orleans, LA; March 10, 2010.

25. Carlson MJ, Sun J, Cotton J, Burns EM, **Fehringer EV.**  Healed Cuff Repairs Have Scores Equal to Normal Shoulders in Those 65 Years and Older. Podium presentation at the American Shoulder and Elbow Surgeons 2010 26th annual Open meeting (Specialty Day); New Orleans, LA; March 13, 2010.

26. Arnold RA, High RR, Grosshans KT, Walker CW, **Fehringer EV.**  CT Evidence of Bone Incorporation Between Radial Fins of an Uncemented Glenoid Component Central Peg.  Paper No. 91 at the Mid-America Orthopaedic Association's 28th annual meeting; Austin TX, April 23, 2010.

27. Erpelding JM, High RR, Mailander AM, Mormino MA, **Fehringer EV.**  Outcomes Following Distal Humeral Fracture Fixation with an Extensor Mechanism-On Approach.  Paper No. 169 at the Mid-America Orthopaedic Association's 28th annual meeting; Austin TX, April 24, 2010.

28. Bormann K, Carlson MJ, Mormino MA, **Fehringer EV.**  Anterior Plate Fixation of Humeral Shaft Fractures Yields Comparable Overall Upper Extremity Function but Poorer Shoulder Function Than Posterior Plate Fixation. Paper No. 139 at the Mid-America Orthopaedic Association's 28th annual meeting; Austin TX, April 24, 2010.

29. Ren K, Purdue E, Burton L, Chen F, **Fehringer EV,** Goldring S, Wang D.  Early Detection and Therapeutic Intervention of Peri-prosthetic Inflammation and Osteolysis Using HPMA Copolymer Conjugates.  Presented as podium presentation #191 at the Orthopaedic Research Society's 56th Annual Meeting, New Orleans, LA; March 6-9, 2010.

UP Peterson001718

30. Hatzidakis AM, Shevlin MJ, Everett D, Fenton D, Nowinski RJ, Fehringer EV. Angular-Stable Locked Intramedually Nailing of Two Part Surgical Neck Fractures of the Proximal Humerus: A Retrospective Multicenter Study. Oral presentation at the 11th International Congress on Shoulder and Elbow; Edinburgh, UK; September 6, 2010.

31. Carter MJ, Mikuls TR, Michaud K, Nayak S, **Fehringer EV.** A systematic review and meta-analysis of the impact of total shoulder Arthroplasty on health-related quality of life." The 2010 American College of Rheumatology (ACR)/Association of Rheumatology Health Professionals (ARHP) Annual Scientific Meeting. Poster Presentation number 168; Atlanta, GA; November 6 - 11, 2010.

32. Samuelson E, Haider H, Carlson T, Hatzidakis AM, Ratron YA, **Fehringer EV**. Angular Stable Intramedullary Nail Versus Locking Plate Fixation of Osteoporotic Surgical Neck Proximal Humerus Fractures: A Biomechanical Comparison. Poster #1519 at the Orthopaedic Research Society's 57th Annual Meeting in Long Beach, California, January 13-16, 2011.

33. Cordero GX, Daccarett MS, **Fehringer EV,** Siska P, Evans A, Sands S, Mormino MA, Tarkin IS. Operative Treatment of Extra-articular Distal Humerus Fractures Utilizing Single Column Plating. Poster #101 at the Orthopaedic Trauma Association's (OTA's) Annual Meeting, October 12-15, 2011, San Antonio, TX.

34. Dusad A, Chakkalakal D, Namavar F, Haider H, Thiele G, Hanisch B; Duryee M, Diaz A, Rensch A, Zhang Y, Hess R, **Fehringer E.** Nanomaterial-Coated Implants for Joint Replacement in Elderly Patients. Poster # 1967 at the Orthopaedic Research Society's 58th annual meeting in San Francisco, CA, February 4-7, 2012.

35. May NR, Vincent SA, High RR, Walker CW, Manzer MN, Apker KA, **Fehringer EV.** Less Than 100% Bone Support May Not Be Associated With Radiolucencies With a Partially Cemented Glenoid Component. Poster presentation at the American Academy of Orthopaedic Surgeons 78th annual meeting; San Francisco, CA, February 7-11, 2012.

36. **Fehringer EV**, Dilisio MF, Greco CE, Fleming SM, Brezenski JA, High RR. Changing Body Movement Patterns in 9-Year Old Baseball Throwers: A Pilot Study. Paper #92 at the Mid-America Orthopaedic Association's 35th annual meeting in Amelia Island, FL; April 19-23, 2017.

37. Pinto MC, Hudson P, Ransom E, **Fehringer EV,** Brabston EW, Ponce BA. Radiographic Comparison of Stemmed and Stemless Shoulder Arthroplasty. Presented as a poster at the 2018 AOA's annual leadership meeting in Boston, MA; June 27-30, 2018

38. Pinto MC, Ransom E, Archie T, Hudson P**, Fehringer EV,** Brabston EW, Ponce BA. Radiographic Comparison of Stemmed and Stemless Shoulder Arthroplasty. Podium presentation at the Mid-America Orthopedic Association's 36th Annual Meeting in San Antonio, TX; April 18-22, 2018

39. Teusink MJ, Porter NE, Manzer M, McGill T, Lyden E, **Fehringer EV.** 10 year thin-cut CT follow-up of total shoulders with a partially cemented all polyethylene glenoid. Poster at the American Academy of Orthopaedic Surgeons' (AAOS) 85th annual meeting; Las Vegas, NV; March 12-16, 2019.

40. Teusink MJ, Porter NE, Manzer M, McGill T, Lyden E, **Fehringer EV.** 10 year thin-cut CT follow-up of total shoulders with a partially cemented all polyethylene glenoid. Podium presentation at the Mid-America Orthopaedic Association's 37th annual meeting in Miramar Beach, FL; April 10-14, 2019.

UP Peterson001719

41. Matsen III, FA, et al. incl**. Fehringer EV.** One and Two Year Clinical Outcomes for a Standard All-Polyethylene Glenoid Component with a Fluted Central Peg: Analysis of 1270 Individual Patients from 11 Different Centers. Podium Presentation at the 2019 American Shoulder and Elbow Surgeons' Specialty Day (annual Open meeting); Lax Vegas, NV; March 16, 2019.

**16.** **ABSTRACTS:**

1. **Fehringer EV,** Tiedeman JJ, and McCarthy JA. Bilateral Endoscopic Carpal Tunnel Releases: Simultaneous Versus Staged Operative Intervention. *Orthopaedic Transactions*, 1998.

2. **Fehringer EV,** Kopjar B, Boorman RS, Churchill RS, and Matsen FA III. Characterizing the Functional Improvement After Total Shoulder Arthroplasty for Osteoarthritis. The Turnbull Proceedings: 2001 Douglas T. Harryman II Shoulder and Elbow Society Meeting, July 16-20, 2001.

3. **Fehringer EV,** Schmidt GR, Boorman RS, Churchill RS, Smith KL, Norman AG, Sidles JA, and Matsen FA III. The Anteroinferior Labrum Helps Center the Humeral Head on the Glenoid. The Turnbull Proceedings: 2001 Douglas T. Harryman II Shoulder and Elbow Society Meeting, July 16-20, 2001.

4. **Fehringer EV,** Kopjar B, Boorman RS, Churchill RS, and Matsen FA III. The Effect of Expressions of Depression on the Outcome of Total Shoulder Arthroplasty. The Turnbull Proceedings: 2001 Douglas T. Harryman II Shoulder and Elbow Society Meeting, July 16-20, 2001.

5. Boorman RS, Woodhouse E, Churchill RS, **Fehringer EV,** Smith KL, Matsen FA III. Morphing of Polyethylene Glenoid Components With *In Vivo* Use. The Turnbull Proceedings: 2001 Douglas T. Harryman II Shoulder and Elbow Society Meeting, July 16-20, 2001.

6. Boorman RS, Kopjar B, **Fehringer EV,** Churchill RS, Smith KL, Matsen FA III. Total Shoulder Arthroplasty Improves Patient Self-Assessed Health Status Comparable to Other Orthopaedic and Non-Orthopaedic Surgical Procedures. The Turnbull Proceedings: 2001 Douglas T. Harryman II Shoulder and Elbow Society Meeting, July 16-20, 2001.

7. Churchill RS, Kopjar B, **Fehringer EV,** Boorman RS, Matsen FA III. Humeral Component Modularity May Not Be An Important Factor in the Outcome of Total Shoulder Arthroplasty. The Turnbull Proceedings: 2001 Douglas T. Harryman II Shoulder and Elbow Society Meeting, July 16-20, 2001.

8. Churchill RS, Boorman RS, **Fehringer EV,** Matsen FA III. Glenoid Cementing May Generate Sufficient Heat to Endanger the Surrounding Bone. The Turnbull Proceedings: 2001 Douglas T. Harryman II Shoulder and Elbow Society Meeting, July 16-20, 2001.

9. **Fehringer EV,** Kopjar B, Boorman RS, Churchill RS, and Matsen FA III. Characterizing the Functional Improvement after Total Shoulder Arthroplasty for Osteoarthritis. Paper No. 152: Proceedings- American Academy of Orthopaedic Surgeons' 69th annual meeting- Dallas, TX; February 13-17, 2002.

10. Boorman RS, Kopjar B, **Fehringer EV,** Churchill RS, Smith KL, Matsen, FA III. Total Shoulder Arthroplasty Improves Patient Self-Assessed Health Status Comparable to Other Orthopaedic and Non-Orthopaedic Surgical Procedures. Poster number 316: Proceedings- American Academy of Orthopaedic Surgeons' 69th annual meeting-Dallas, TX; February 13-17, 2002.

11. **Fehringer EV,** McCarthy JA, Skowron Lomneth C, Browdy JA, Gross RM, Churchill RS. Ultrasound-Guided Injection of the Long Head of the Biceps Tendon: A Selective Technique?

UP Peterson001720

The Turnbull Proceedings:  2002 Douglas T. Harryman II Shoulder and Elbow Society Meeting, July 22-24, 2002.

12. **Fehringer EV.**  Complex Elbow Dislocations:  Two Relatively Uncommon Variants and Their Short-Term Follow-Up.  The Turnbull Proceedings:  2002 Douglas T. Harryman II Shoulder and Elbow Society Meeting, July 22-24, 2002.

13. Gross RM, McCarthy JA, Skowron Lomneth C, **Fehringer EV.**  Cemented Glenoid Fixation with the "Weep Hole" Technique.  The Turnbull Proceedings:  2002  Douglas T. Harryman II Shoulder and Elbow Society Meeting, July 22-24, 2002.

14. **Fehringer EV,** Buck DC, Clare DJ, Clare PE.  Open Anterior Repair Without Routine Capsulorraphy for Traumatic Anterior Shoulder Instability by a Community Surgeon. Published in the Mid-America Orthopaedic Association's 23rd annual meeting proceedings; Amelia Island, FL; April 20-24, 2005.

15. **Fehringer EV,** Tarkin IS, Mormino MA.  Combined Simultaneous Anterior and Posterior Approaches to the Shoulder in the Beach Chair Position for Complex Fractures:  A Technique. Published as a poster abstract at the Mid-America Orthopaedic Association's 23rd annual meeting; Amelia Island, FL; April 20-24, 2005.

16. **Fehringer EV.**  Full Thickness Rotator Cuff Tear Prevalence and Correlation with   Shoulder Function in Patients 65 Years and Older:  a Preliminary Report.  Published in 'Surgical Issues in Older Adults:  Research Updates from the Specialties and Clinical Case-Based Discussions' as part of the 4th annual meeting of the Section for Surgical and Related Medical Specialties at the American Geriatric Society's 2005 Annual Scientific Meeting; Orlando, FL; May 11-15, 2005.

17. Rosipal CE, Rhodes DA, Feschuk, CA, Lauder AJ, Jaksha JA, Mormino MA, Puumala, SE, **Fehringer EV.**  The Acromiohumeral Interval is Affected by Arm Position With Plain Radiography in Healthy Young Volunteers Without Shoulder Symptoms.  Published in the Mid-America Orthopaedics Association's 24th annual meeting proceedings; San Antonio, TX; April 2006.

18. **Fehringer EV,** VanOeveren LS, Sun J.  Full Thickness Rotator Cuff Tear Prevalence and Correlation with Shoulder Function in Patients 65 Years and Older.  Published in the American Geriatric Society's 2006 Annual Scientific Meeting Abstract Book, Volume 54, Number 4, Supplement S1-S230; April 2006.

19. **Fehringer EV,** VanOeveren LS, Sun J.  Full Thickness Rotator Cuff Tear Prevalence and Correlation with Shoulder Function in Patients 65 Years and Older.  Published in Insights into the Difficult World of Surgery for Older Adults as part of the 5th annual meeting of the Section for Surgical and Related Medical Specialties of the American Geriatrics Society's 2006 annual scientific meeting; Chicago, IL; May 3-7, 2006.

20. Burns EM, Knierim A, Sun, J, Apker KA, Berg RE, **Fehringer EV.**  Radial Head Replacement Stem Loosening and Its Association with Forearm Symptoms. Poster # P320: Proceedings-American Academy of Orthopaedic Surgeons' 2008 Annual Meeting; San Francisco, CA; March 5-9, 2008.

21. **Fehringer EV,** VanOeveren LS, Sun J. Cuff Tear Prevalence Increases With Age And Correlates With Poorer Function In Those 65 And Older. Poster # P319: Proceedings- American Academy of Orthopaedic Surgeons' 2008 Annual Meeting; San Francisco, CA; March 5-9, 2008.

22. Arnold RA, Weber JP, Sun J, **Fehringer EV**  Pre-op Elevation Predicts Post-op Elevation in CTA Hemiathroplasty for Shoulders Without Escape.  Paper No. 560:  Proceedings- American

25

Academy of Orthopaedic Surgeons' 2009 Annual Meeting.  February 27, 2009; Las Vegas, NV.

23. Hartman C, Haider H, Branting N, Mormino MA, **Fehringer EV.**  ORS2009-3372. Unicortical locking screws provide comparable rigidity to standard screws in clavicle fixation. Published in the proceedings of the Mid-America Orthopaedic Association's 27th annual meeting; Amelia Island, FL; April 22-26, 2009.

24. Arnold RA, Weber JP, Sun J, **Fehringer EV.**  Pre-op Elevation Predicts Post-op Elevation in CTA Hemiathroplasty for Shoulders Without Escape. Published in the proceedings of the Mid-America Orthopaedic Association's 27th annual meeting; Amelia Island, FL; April 22-26, 2009.

25. Carlson MJ, Sun J, Cotton J, Burns EM, **Fehringer EV.**  Healed Cuff Repairs Have Scores Equal to Normal Shoulders in Those 65 Years and Older. Published in the proceedings of the Mid-America Orthopaedic Association's 27th annual meeting; Amelia Island, FL; April 22-26, 2009.

26. Shevlin MJ, Hatzidakis AM, Nowinski RJ, **Fehringer EV.**  Clinical and Radiographic Outcomes Following ORIF of 2-part Surgical Neck Proximal Humerus Fractures with a Short, Locked Nail. Published in the proceedings of the Mid-America Orthopaedic Association's 27th annual meeting; Amelia Island, FL; April 22-26, 2009.

27. Arnold RA, High RR, Grosshans KT, Walker CW, **Fehringer EV.**  CT Evidence of Bone Incorporation Between Radial Fins of an Uncemented Glenoid Component Central Peg.  Paper No. 174:  Proceedings- American Academy of Orthopaedic Surgeons' 2010 annual meeting, New Orleans, LA; March 10, 2010.

28. Arnold RA, High RR, Grosshans KT, Walker CW, **Fehringer EV.**  CT Evidence of Bone Incorporation Between Radial Fins of an Uncemented Glenoid Component Central Peg. Published in the proceedings of the Mid-America Orthopaedic Association's 28th annual meeting; Austin TX, April 2010.

29. Erpelding JM, High RR, Mailander AM, Mormino MA, **Fehringer EV.**  Outcomes Following Distal Humeral Fracture Fixation with an Extensor Mechanism-On Approach. Published in the proceedings of the Mid-America Orthopaedic Association's 28th annual meeting; Austin TX, April 2010.

30. Bormann K, Carlson MJ, Mormino MA, **Fehringer EV.**  Anterior Plate Fixation of Humeral Shaft Fractures Yields Comparable Overall Upper Extremity Function but Poorer Shoulder Function Than Posterior Plate Fixation. Published in the proceedings of the Mid-America Orthopaedic Association's 28th annual meeting; Austin TX, April 2010.

31. Arnold RA, High RR, Grosshans KT, Walker CW, **Fehringer EV.**  CT Evidence of Bone Incorporation Between Radial Fins of an Uncemented Glenoid Component Central Peg.  Abstract #72 at http://www.aoassn.org/2010Abstracts.asp. after the American Orthopaedic Association's (AOA) 123rd annual meeting; San Diego, CA, June 9-12, 2010.

32. May NR, Vincent SA, High RR, Walker CW, Manzer MN, Apker KA, **Fehringer EV.** Less Than 100% Bone Support May Not Be Associated With Radiolucencies With a Partially Cemented Glenoid Component.  Published in the Proceedings- American Academy of Orthopaedic Surgeons 78th annual meeting; San Francisco, CA, February 7-11, 2012.

33. **Fehringer EV**, Dilisio MF, Greco CE, Fleming SM, Brezenski JA, High RR.  Changing Body Movement Patterns in 9-Year Old Baseball Throwers:  A Pilot Study.  Published in the proceedings of the Mid-America Orthopaedic Association's 35th annual meeting in Amelia Island, FL, April 19-23, 2017.

UP Peterson001722

34. Pinto MC, Hudson P, Ransom E, **Fehringer EV**, Brabston EW, Ponce BA.  Radiographic Comparison of Stemmed and Stemless Shoulder Arthroplasty. Published in the proceedings from the 2018 AOA's annual leadership meeting in Boston, MA; June 27-30, 2018.

35. Pinto MC, Ransom E, Archie T, Hudson P**, Fehringer EV,** Brabston EW, Ponce BA.  Radiographic Comparison of Stemmed and Stemless Shoulder Arthroplasty.  Published in the proceedings from Mid-America Orthopedic Association's 36th Annual Meeting in San Antonio, TX; April 18-22, 2018

36. Teusink MJ, Porter NE, Manzer M, McGill T, Lyden E, **Fehringer EV.**  10 year thin-cut CT follow-up of total shoulders with a partially cemented all polyethylene glenoid.  Published in the proceedings of the American Academy of Orthopaedic Surgeons' (AAOS) 85th annual meeting; Las Vegas, NV, March 12-16, 2019.

37. Matsen III, FA, et al. incl. **Fehringer EV.**  One and Two Year Clinical Outcomes for a Standard All-Polyethylene Glenoid Component with a Fluted Central Peg:  Analysis of 1270 Individual Patients from 11 Different Centers.  Published in the proceedings from the 2019 American Shoulder and Elbow Surgeons' Specialty Day (annual Open meeting); Lax Vegas, NV; March 16, 2019.

38. Teusink MJ, Porter NE, Manzer M, McGill T, Lyden E, **Fehringer EV.**  10 year thin-cut CT follow-up of total shoulders with a partially cemented all polyethylene glenoid.  Published in the proceedings of the Mid-America Orthopaedic Association's 37th annual meeting in Miramar Beach, FL; April 10-14, 2019.


**17.**   <u>**GRANTS:**</u>

1. ***American Geriatric Society's Dennis W. Jahnigen Career Development Scholars Award 2004.***  Title of work: Full Thickness Rotator Cuff Tear Prevalence and Correlation with Shoulder Function in Patients 65 Years and Older.  Funding total of $200,000:  $100,000/year for two years from 7/1/04-6/30/06.  Principle Investigator.

2. ***University of Nebraska Medical Center College of Medicine Faculty Educational Support Grant for Orthopaedic Surgery Educators Course*** in Rosemont, IL.  Funding total of $3,500; awarded April 6, 2005.

3. ***Synthes $5,000 grant*** to assist with a biomechanical study of standard bicortical plate and screw construct fixation versus unicortical locking plate and screw fixation.  Investigator.

4. ***University of Nebraska Medical Center Clinical Research Center Research Support Fund grant*** entitled: "Computed Tomography and Functional Follow-up of Glenoid Anchor Peg Component Fixation Utilizing Autologous Bone Graft in Total Shoulder Arthroplasty." Funding total of $112,066.24.  Principle investigator; awarded April 24, 2008.

5. ***Nebraska Research Initiative two-year grant for $100,000 each year.***  Project title: Development of macromolecular analgesics for musculoskeletal pain.  Co-investigator.  Notified 7/16/12.  Principle investigator: Dong Wang, Ph.D.

6. ***National Institute of Arthritis and Musculoskeletal and Skin Diseases (NIAMS) RO1 award number R90AR062680.***  Project Title:  Early Detection and Intervention of Orthopedic Implant Loosening Using Polymer Theranostics.  5 year funding total of $1.4 million. Grant number 1R01AR062680-01A1.  Co-investigator.  Principle investigator: Dong Wang, Ph.D. Notified 2/27/13. Completed.

27

18.        **PATENTS:**

1.   Compositions and Methods for Detecting and Treating Implant Loosening and Osteolysis. Pub. No.: US 2012/0189543 A1. Pub Date July 26, 2012. Filed 9/9/10.  Inventors:  Dong Wang, Steven Goldring, Edward V. Fehringer.

2.   Surgical technique and apparatus for proximal humeral fracture repair. Pub. No.:  US 20140243827 A1. Filed May 5, 2014.

UP Peterson001724